## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Ye Zhou, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.      I have reviewed the Complaint in this matter and authorize Scott+Scott Attorneys at Law LLP to file the Complaint and lead plaintiff papers on my behalf.

2.      I am willing to serve as a representative party on behalf of all persons who purchased or otherwise acquired NextCure, Inc. ("NextCure" or the "Company") securities during the Class Period, including providing testimony at deposition and trial, if necessary.

3.      During the Class Period, I purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

4.      I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the federal securities laws.

5.      I have not sought to serve as a representative party or lead plaintiff on behalf of a class in any private actions arising under the federal securities laws and filed during the three-year period preceding the date on which this certification is signed.

6.      I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Scottsdale, Arizona.

9/1/2020
_____
DATED

DocuSigned by:

_____
8D7F28D4FFBA4D0...

YE ZHOU

# Schedule A

**NEXTCURE INC**          **Ticker:   NXTC**          **Cusip:   65343E108**

Class Period: 11/05/2019 to 07/14/2020

| Ye Zhou & Sucai Bi[1] | | DATE | SHARES | PRICE |
|---|---|---|---|---|
| **Section 1 – Ye Zhou** | | | | |
| | **Purchases:** | 11/05/2019 | 200 | $76.62 |
| | | 11/11/2019 | 150 | $39.82 |
| | | 11/11/2019 | 100 | $39.69 |
| | | 11/12/2019 | 100 | $36.68 |
| | | 11/12/2019 | 100 | $36.75 |
| | | 11/12/2019 | 50 | $36.61 |
| | | 11/13/2019 | 200 | $35.93 |
| | | 11/13/2019 | 100 | $35.92 |
| | | 11/13/2019 | 100 | $35.93 |
| | | 11/13/2019 | 100 | $36.04 |
| | | 11/14/2019 | 300 | $36.93 |
| | | 11/15/2019 | 500 | $35.95 |
| | | 11/15/2019 | 360 | $36.21 |
| | | 11/15/2019 | 100 | $35.91 |
| | | 11/15/2019 | 100 | $35.95 |
| | | 11/15/2019 | 100 | $36.21 |
| | | 11/15/2019 | 40 | $36.20 |
| | | 11/21/2019 | 200 | $36.39 |
| | | 11/21/2019 | 100 | $36.33 |
| | | 11/21/2019 | 100 | $36.33 |
| | | 11/21/2019 | 100 | $36.34 |
| | | 12/02/2019 | 800 | $43.62 |
| | | 12/02/2019 | 200 | $43.89 |
| | | 12/06/2019 | 500 | $50.13 |

[1]  On August 26, 2020, Sucai Bi assigned his rights and interests in his NextCure shares to his wife Ye Zhou.

| | | |
|---|---|---|
| 12/10/2019 | 427 | $53.50 |
| 12/10/2019 | 300 | $53.48 |
| 12/10/2019 | 100 | $53.45 |
| 12/10/2019 | 100 | $53.47 |
| 12/10/2019 | 100 | $53.47 |
| 12/10/2019 | 100 | $53.55 |
| 12/10/2019 | 93 | $53.47 |
| 12/10/2019 | 93 | $53.50 |
| 12/10/2019 | 87 | $53.36 |
| 12/10/2019 | 82 | $53.43 |
| 12/10/2019 | 18 | $53.42 |
| 12/11/2019 | 1,000 | $50.73 |
| 12/11/2019 | 600 | $50.28 |
| 12/11/2019 | 236 | $50.16 |
| 12/11/2019 | 100 | $50.02 |
| 12/11/2019 | 64 | $50.19 |
| 12/12/2019 | 500 | $50.19 |
| 12/12/2019 | 200 | $50.07 |
| 12/12/2019 | 100 | $49.95 |
| 12/12/2019 | 100 | $50.02 |
| 12/12/2019 | 100 | $50.06 |
| 12/13/2019 | 1,000 | $49.19 |
| 12/18/2019 | 1,700 | $50.98 |
| 12/18/2019 | 200 | $50.80 |
| 12/18/2019 | 100 | $50.79 |
| 12/24/2019 | 900 | $62.00 |
| 12/24/2019 | 90 | $61.83 |
| 12/24/2019 | 10 | $61.82 |
| 12/27/2019 | 2,100 | $56.91 |
| 12/27/2019 | 1,000 | $59.07 |
| 12/27/2019 | 300 | $56.91 |
| 12/27/2019 | 300 | $56.92 |
| 12/27/2019 | 100 | $56.84 |
| 12/27/2019 | 100 | $56.89 |
| 12/27/2019 | 100 | $56.90 |

| | | |
|---|---|---|
| 12/30/2019 | 2,000 | $53.10 |
| 12/30/2019 | 1,460 | $54.36 |
| 12/30/2019 | 1,000 | $56.96 |
| 12/30/2019 | 900 | $55.76 |
| 12/30/2019 | 400 | $53.88 |
| 12/30/2019 | 310 | $54.92 |
| 12/30/2019 | 265 | $55.24 |
| 12/30/2019 | 223 | $54.34 |
| 12/30/2019 | 201 | $55.09 |
| 12/30/2019 | 200 | $53.93 |
| 12/30/2019 | 200 | $54.06 |
| 12/30/2019 | 200 | $54.87 |
| 12/30/2019 | 200 | $55.11 |
| 12/30/2019 | 147 | $54.21 |
| 12/30/2019 | 146 | $54.88 |
| 12/30/2019 | 140 | $53.84 |
| 12/30/2019 | 110 | $53.83 |
| 12/30/2019 | 102 | $54.04 |
| 12/30/2019 | 101 | $53.83 |
| 12/30/2019 | 100 | $54.33 |
| 12/30/2019 | 100 | $54.33 |
| 12/30/2019 | 100 | $54.84 |
| 12/30/2019 | 100 | $54.87 |
| 12/30/2019 | 100 | $54.96 |
| 12/30/2019 | 100 | $54.97 |
| 12/30/2019 | 100 | $55.00 |
| 12/30/2019 | 100 | $55.15 |
| 12/30/2019 | 100 | $55.76 |
| 12/30/2019 | 100 | $53.89 |
| 12/30/2019 | 100 | $53.90 |
| 12/30/2019 | 100 | $53.91 |
| 12/30/2019 | 100 | $53.92 |
| 12/30/2019 | 100 | $54.02 |
| 12/30/2019 | 100 | $54.03 |
| 12/30/2019 | 100 | $54.32 |

| Date | Shares | Price |
|---|---|---|
| 12/30/2019 | 71 | $54.99 |
| 12/30/2019 | 12 | $54.25 |
| 12/30/2019 | 7 | $55.00 |
| 12/30/2019 | 5 | $54.33 |
| 01/02/2020 | 1,000 | $53.81 |
| 01/02/2020 | 1,000 | $53.60 |
| 01/07/2020 | 800 | $56.30 |
| 01/07/2020 | 200 | $56.28 |
| 01/09/2020 | 900 | $58.05 |
| 01/09/2020 | 100 | $57.88 |
| 01/10/2020 | 1,000 | $56.92 |
| 01/10/2020 | 724 | $58.18 |
| 01/10/2020 | 176 | $58.24 |
| 01/10/2020 | 100 | $58.00 |
| 01/13/2020 | 2,029 | $54.21 |
| 01/13/2020 | 611 | $53.64 |
| 01/13/2020 | 600 | $53.40 |
| 01/13/2020 | 596 | $51.60 |
| 01/13/2020 | 500 | $51.55 |
| 01/13/2020 | 500 | $53.40 |
| 01/13/2020 | 424 | $53.65 |
| 01/13/2020 | 411 | $51.60 |
| 01/13/2020 | 400 | $51.74 |
| 01/13/2020 | 400 | $52.19 |
| 01/13/2020 | 380 | $51.79 |
| 01/13/2020 | 350 | $52.38 |
| 01/13/2020 | 200 | $51.64 |
| 01/13/2020 | 200 | $53.57 |
| 01/13/2020 | 167 | $51.55 |
| 01/13/2020 | 106 | $51.59 |
| 01/13/2020 | 100 | $51.72 |
| 01/13/2020 | 100 | $51.75 |
| 01/13/2020 | 100 | $52.19 |
| 01/13/2020 | 100 | $52.33 |
| 01/13/2020 | 100 | $53.50 |

| | | |
|---|---|---|
| 01/13/2020 | 100 | $53.54 |
| 01/13/2020 | 100 | $53.77 |
| 01/13/2020 | 100 | $53.78 |
| 01/13/2020 | 100 | $53.98 |
| 01/13/2020 | 100 | $54.10 |
| 01/13/2020 | 50 | $52.34 |
| 01/13/2020 | 40 | $51.62 |
| 01/13/2020 | 25 | $53.60 |
| 01/13/2020 | 11 | $53.59 |
| 01/17/2020 | 2,115 | $51.18 |
| 01/17/2020 | 685 | $51.12 |
| 01/17/2020 | 200 | $51.13 |
| 01/22/2020 | 2,300 | $47.91 |
| 01/22/2020 | 2,000 | $47.82 |
| 01/22/2020 | 1,479 | $47.93 |
| 01/22/2020 | 500 | $47.90 |
| 01/22/2020 | 393 | $47.94 |
| 01/22/2020 | 100 | $47.92 |
| 01/22/2020 | 100 | $47.96 |
| 01/22/2020 | 85 | $47.91 |
| 01/22/2020 | 22 | $47.87 |
| 01/22/2020 | 21 | $47.95 |
| 01/24/2020 | 1,800 | $44.97 |
| 01/24/2020 | 1,100 | $44.60 |
| 01/24/2020 | 839 | $44.56 |
| 01/24/2020 | 300 | $44.54 |
| 01/24/2020 | 200 | $44.50 |
| 01/24/2020 | 200 | $44.55 |
| 01/24/2020 | 200 | $45.00 |
| 01/24/2020 | 100 | $44.50 |
| 01/24/2020 | 100 | $44.66 |
| 01/24/2020 | 86 | $44.53 |
| 01/24/2020 | 65 | $44.54 |
| 01/24/2020 | 10 | $44.55 |
| 01/28/2020 | 400 | $43.11 |

| Date | Shares | Price |
|---|---|---|
| 01/28/2020 | 100 | $43.12 |
| 01/30/2020 | 400 | $42.33 |
| 01/30/2020 | 100 | $42.41 |
| 01/31/2020 | 500 | $42.53 |
| 01/31/2020 | 500 | $43.08 |
| 01/31/2020 | 500 | $43.60 |
| 02/03/2020 | 182 | $42.51 |
| 02/03/2020 | 118 | $42.22 |
| 02/03/2020 | 100 | $42.24 |
| 02/03/2020 | 100 | $42.41 |
| 02/05/2020 | 500 | $45.13 |
| 02/06/2020 | 500 | $43.65 |
| 02/10/2020 | 1,000 | $44.83 |
| 02/12/2020 | 1,000 | $44.77 |
| 02/12/2020 | 800 | $45.70 |
| 02/12/2020 | 200 | $45.64 |
| 02/14/2020 | 300 | $47.11 |
| 02/14/2020 | 200 | $46.97 |
| 02/19/2020 | 500 | $49.38 |
| 02/19/2020 | 500 | $48.84 |
| 02/20/2020 | 300 | $47.13 |
| 02/20/2020 | 351 | $47.19 |
| 02/20/2020 | 300 | $47.21 |
| 02/20/2020 | 100 | $47.21 |
| 02/20/2020 | 100 | $47.21 |
| 02/20/2020 | 75 | $47.06 |
| 02/20/2020 | 60 | $47.06 |
| 02/20/2020 | 14 | $47.09 |
| 02/21/2020 | 1,000 | $47.60 |
| 02/24/2020 | 300 | $47.90 |
| 02/25/2020 | 700 | $44.88 |
| 02/25/2020 | 1,800 | $44.85 |
| 02/25/2020 | 200 | $44.79 |
| 02/27/2020 | 2,000 | $42.82 |
| 03/03/2020 | 3,900 | $39.30 |

6

| | | |
|---|---|---|
| 03/03/2020 | 1,000 | $41.04 |
| 03/03/2020 | 600 | $41.13 |
| 03/03/2020 | 400 | $40.95 |
| 03/03/2020 | 100 | $39.29 |
| 03/05/2020 | 150 | $43.43 |
| 03/05/2020 | 5,000 | $43.00 |
| 03/05/2020 | 1,000 | $43.40 |
| 03/05/2020 | 800 | $43.18 |
| 03/05/2020 | 600 | $43.59 |
| 03/05/2020 | 200 | $43.17 |
| 03/05/2020 | 200 | $43.29 |
| 03/05/2020 | 100 | $43.35 |
| 03/05/2020 | 82 | $43.50 |
| 03/05/2020 | 18 | $43.45 |
| 03/06/2020 | 1,795 | $41.84 |
| 03/06/2020 | 100 | $41.79 |
| 03/06/2020 | 100 | $41.81 |
| 03/06/2020 | 5 | $41.85 |
| 03/09/2020 | 400 | $38.93 |
| 03/09/2020 | 300 | $39.74 |
| 03/09/2020 | 38 | $39.81 |
| 03/09/2020 | 12 | $39.80 |
| 03/09/2020 | 1,700 | $39.00 |
| 03/09/2020 | 1,000 | $39.28 |
| 03/09/2020 | 1,000 | $40.10 |
| 03/09/2020 | 497 | $39.26 |
| 03/09/2020 | 200 | $39.10 |
| 03/09/2020 | 200 | $39.15 |
| 03/09/2020 | 100 | $39.01 |
| 03/09/2020 | 100 | $39.11 |
| 03/09/2020 | 100 | $39.14 |
| 03/09/2020 | 100 | $39.15 |
| 03/09/2020 | 3 | $39.24 |
| 03/10/2020 | 1,100 | $38.25 |
| 03/11/2020 | 500 | $38.75 |

7

| | | |
|---|---|---|
| 03/11/2020 | 250 | $38.82 |
| 03/11/2020 | 800 | $37.35 |
| 03/11/2020 | 500 | $37.71 |
| 03/11/2020 | 500 | $37.88 |
| 03/11/2020 | 500 | $37.71 |
| 03/11/2020 | 500 | $38.48 |
| 03/11/2020 | 500 | $37.82 |
| 03/11/2020 | 400 | $37.50 |
| 03/11/2020 | 375 | $37.38 |
| 03/11/2020 | 300 | $37.33 |
| 03/11/2020 | 250 | $38.82 |
| 03/11/2020 | 250 | $38.97 |
| 03/11/2020 | 75 | $37.37 |
| 03/11/2020 | 50 | $37.35 |
| 03/12/2020 | 150 | $34.10 |
| 03/12/2020 | 100 | $33.98 |
| 03/12/2020 | 100 | $34.02 |
| 03/12/2020 | 500 | $33.31 |
| 03/12/2020 | 250 | $32.22 |
| 03/12/2020 | 250 | $33.71 |
| 03/12/2020 | 250 | $33.74 |
| 03/12/2020 | 250 | $33.80 |
| 03/12/2020 | 250 | $34.13 |
| 03/12/2020 | 250 | $34.63 |
| 03/12/2020 | 250 | $35.90 |
| 03/12/2020 | 250 | $32.06 |
| 03/12/2020 | 250 | $32.06 |
| 03/12/2020 | 250 | $32.14 |
| 03/12/2020 | 200 | $33.73 |
| 03/12/2020 | 200 | $33.99 |
| 03/12/2020 | 50 | $33.64 |
| 03/12/2020 | 50 | $34.00 |
| 03/13/2020 | 1,000 | $29.25 |
| 03/13/2020 | 1,000 | $29.42 |
| 03/13/2020 | 1,000 | $31.05 |

| | | |
|---|---|---|
| 03/13/2020 | 1,000 | $31.25 |
| 03/13/2020 | 900 | $29.38 |
| 03/13/2020 | 900 | $31.85 |
| 03/13/2020 | 600 | $30.94 |
| 03/13/2020 | 400 | $31.02 |
| 03/13/2020 | 100 | $29.38 |
| 03/13/2020 | 100 | $31.87 |
| 03/18/2020 | 1,000 | $36.82 |
| 03/18/2020 | 500 | $36.37 |
| 03/18/2020 | 250 | $35.56 |
| 03/18/2020 | 250 | $35.92 |
| 03/18/2020 | 250 | $36.34 |
| 03/18/2020 | 250 | $36.36 |
| 03/18/2020 | 250 | $36.48 |
| 03/18/2020 | 250 | $36.55 |
| 03/18/2020 | 250 | $36.78 |
| 03/18/2020 | 250 | $35.92 |
| 03/18/2020 | 250 | $35.92 |
| 03/18/2020 | 250 | $35.94 |
| 03/18/2020 | 250 | $36.02 |
| 03/18/2020 | 250 | $36.07 |
| 03/18/2020 | 250 | $36.20 |
| 03/18/2020 | 250 | $36.28 |
| 03/18/2020 | 250 | $36.29 |
| 03/18/2020 | 250 | $36.34 |
| 03/18/2020 | 250 | $35.56 |
| 03/18/2020 | 250 | $35.56 |
| 03/19/2020 | 200 | $35.22 |
| 03/19/2020 | 200 | $35.26 |
| 03/19/2020 | 200 | $34.05 |
| 03/19/2020 | 200 | $34.64 |
| 03/19/2020 | 50 | $34.05 |
| 03/19/2020 | 50 | $34.69 |
| 03/19/2020 | 50 | $35.79 |
| 03/19/2020 | 50 | $35.82 |

| | | |
|---|---|---|
| 03/20/2020 | 200 | $33.38 |
| 03/20/2020 | 200 | $33.48 |
| 03/20/2020 | 50 | $33.61 |
| 03/20/2020 | 50 | $33.74 |
| 03/23/2020 | 250 | $31.28 |
| 03/23/2020 | 250 | $31.61 |
| 03/23/2020 | 250 | $31.74 |
| 03/23/2020 | 250 | $30.63 |
| 03/23/2020 | 250 | $30.76 |
| 03/23/2020 | 250 | $30.76 |
| 03/23/2020 | 250 | $31.15 |
| 03/23/2020 | 150 | $31.02 |
| 03/23/2020 | 100 | $30.65 |
| 03/24/2020 | 250 | $31.40 |
| 03/24/2020 | 250 | $31.40 |
| 03/24/2020 | 250 | $32.41 |
| 03/24/2020 | 250 | $31.25 |
| 03/24/2020 | 250 | $31.25 |
| 03/24/2020 | 250 | $31.30 |
| 03/24/2020 | 250 | $31.30 |
| 03/25/2020 | 250 | $34.06 |
| 03/25/2020 | 250 | $34.37 |
| 03/25/2020 | 250 | $34.72 |
| 03/25/2020 | 250 | $34.78 |
| 03/25/2020 | 150 | $34.44 |
| 03/25/2020 | 100 | $34.22 |
| 03/25/2020 | 100 | $34.28 |
| 03/25/2020 | 100 | $34.28 |
| 03/25/2020 | 75 | $34.42 |
| 03/25/2020 | 60 | $34.14 |
| 03/25/2020 | 50 | $34.29 |
| 03/25/2020 | 50 | $34.29 |
| 03/25/2020 | 40 | $34.23 |
| 03/25/2020 | 25 | $34.41 |
| 03/26/2020 | 250 | $37.37 |

| | | |
|---|---|---|
| 03/26/2020 | 250 | $37.72 |
| 03/26/2020 | 250 | $37.72 |
| 03/26/2020 | 250 | $37.72 |
| 03/27/2020 | 250 | $34.66 |
| 03/27/2020 | 250 | $34.75 |
| 03/27/2020 | 250 | $34.80 |
| 03/27/2020 | 250 | $37.04 |
| 03/27/2020 | 150 | $36.44 |
| 03/27/2020 | 100 | $36.43 |
| 03/31/2020 | 250 | $36.80 |
| 03/31/2020 | 250 | $37.57 |
| 03/31/2020 | 250 | $37.76 |
| 03/31/2020 | 250 | $36.19 |
| 03/31/2020 | 250 | $36.29 |
| 03/31/2020 | 250 | $36.69 |
| 03/31/2020 | 250 | $36.72 |
| 04/01/2020 | 300 | $33.49 |
| 04/01/2020 | 250 | $33.50 |
| 04/01/2020 | 250 | $33.77 |
| 04/01/2020 | 250 | $33.78 |
| 04/01/2020 | 250 | $33.99 |
| 04/01/2020 | 250 | $33.99 |
| 04/01/2020 | 250 | $34.10 |
| 04/01/2020 | 250 | $34.17 |
| 04/01/2020 | 250 | $34.25 |
| 04/01/2020 | 250 | $34.26 |
| 04/01/2020 | 250 | $34.27 |
| 04/01/2020 | 250 | $34.27 |
| 04/01/2020 | 250 | $34.42 |
| 04/01/2020 | 250 | $34.45 |
| 04/01/2020 | 250 | $34.45 |
| 04/01/2020 | 250 | $36.36 |
| 04/01/2020 | 250 | $33.42 |
| 04/01/2020 | 250 | $33.42 |
| 04/01/2020 | 250 | $33.42 |

11

| | | |
|---|---|---|
| 04/01/2020 | 200 | $33.55 |
| 04/01/2020 | 200 | $33.99 |
| 04/01/2020 | 150 | $33.49 |
| 04/01/2020 | 150 | $34.47 |
| 04/01/2020 | 150 | $36.17 |
| 04/01/2020 | 100 | $33.49 |
| 04/01/2020 | 100 | $33.89 |
| 04/01/2020 | 100 | $33.98 |
| 04/01/2020 | 100 | $34.20 |
| 04/01/2020 | 100 | $35.18 |
| 04/01/2020 | 90 | $33.76 |
| 04/01/2020 | 75 | $33.81 |
| 04/01/2020 | 60 | $33.73 |
| 04/01/2020 | 50 | $33.99 |
| 04/01/2020 | 50 | $34.11 |
| 04/01/2020 | 25 | $33.80 |
| 04/02/2020 | 250 | $34.55 |
| 04/02/2020 | 250 | $34.71 |
| 04/02/2020 | 174 | $34.36 |
| 04/02/2020 | 55 | $34.31 |
| 04/02/2020 | 21 | $34.44 |
| 04/03/2020 | 250 | $35.26 |
| 04/03/2020 | 250 | $35.28 |
| 04/03/2020 | 250 | $35.32 |
| 04/03/2020 | 250 | $35.46 |
| 04/03/2020 | 250 | $35.03 |
| 04/03/2020 | 250 | $35.10 |
| 04/03/2020 | 250 | $35.14 |
| 04/03/2020 | 250 | $35.16 |
| 04/03/2020 | 234 | $34.99 |
| 04/03/2020 | 212 | $34.98 |
| 04/03/2020 | 200 | $34.88 |
| 04/03/2020 | 50 | $34.87 |
| 04/03/2020 | 38 | $34.95 |
| 04/03/2020 | 16 | $34.95 |

| | | |
|---|---|---|
| 04/06/2020 | 250 | $36.98 |
| 04/06/2020 | 250 | $37.02 |
| 04/06/2020 | 250 | $37.59 |
| 04/06/2020 | 150 | $36.84 |
| 04/06/2020 | 100 | $36.20 |
| 04/07/2020 | 250 | $37.16 |
| 04/07/2020 | 250 | $37.22 |
| 04/07/2020 | 250 | $37.25 |
| 04/07/2020 | 250 | $37.73 |
| 04/07/2020 | 250 | $37.76 |
| 04/07/2020 | 250 | $35.10 |
| 04/07/2020 | 250 | $36.34 |
| 04/07/2020 | 250 | $36.64 |
| 04/07/2020 | 250 | $36.79 |
| 04/07/2020 | 125 | $34.24 |
| 04/07/2020 | 125 | $34.32 |
| 04/07/2020 | 125 | $34.59 |
| 04/07/2020 | 125 | $34.65 |
| 04/07/2020 | 125 | $34.87 |
| 04/07/2020 | 125 | $34.98 |
| 04/07/2020 | 125 | $34.99 |
| 04/07/2020 | 125 | $35.00 |
| 04/07/2020 | 125 | $35.31 |
| 04/07/2020 | 125 | $35.37 |
| 04/07/2020 | 125 | $35.79 |
| 04/07/2020 | 125 | $35.79 |
| 04/07/2020 | 125 | $36.26 |
| 04/13/2020 | 250 | $35.27 |
| 04/13/2020 | 250 | $35.51 |
| 04/13/2020 | 250 | $35.53 |
| 04/13/2020 | 250 | $35.62 |
| 04/13/2020 | 250 | $35.64 |
| 04/13/2020 | 250 | $35.64 |
| 04/13/2020 | 250 | $35.69 |
| 04/13/2020 | 250 | $35.72 |

| | | |
|---|---|---|
| 04/13/2020 | 250 | $35.85 |
| 04/13/2020 | 250 | $35.90 |
| 04/13/2020 | 250 | $36.30 |
| 04/13/2020 | 250 | $36.95 |
| 04/13/2020 | 250 | $37.03 |
| 04/13/2020 | 250 | $37.04 |
| 04/15/2020 | 500 | $36.61 |
| 04/15/2020 | 250 | $35.01 |
| 04/15/2020 | 250 | $35.15 |
| 04/15/2020 | 250 | $35.15 |
| 04/15/2020 | 250 | $35.19 |
| 04/15/2020 | 250 | $35.19 |
| 04/15/2020 | 250 | $35.19 |
| 04/15/2020 | 250 | $35.24 |
| 04/15/2020 | 250 | $35.34 |
| 04/15/2020 | 250 | $35.41 |
| 04/15/2020 | 250 | $35.69 |
| 04/15/2020 | 250 | $35.73 |
| 04/15/2020 | 250 | $35.75 |
| 04/15/2020 | 250 | $35.76 |
| 04/15/2020 | 250 | $35.94 |
| 04/15/2020 | 250 | $35.99 |
| 04/15/2020 | 250 | $35.99 |
| 04/15/2020 | 250 | $36.31 |
| 04/15/2020 | 150 | $35.14 |
| 04/15/2020 | 100 | $34.97 |
| 04/16/2020 | 250 | $33.95 |
| 04/16/2020 | 250 | $34.05 |
| 04/16/2020 | 250 | $34.25 |
| 04/16/2020 | 250 | $35.48 |
| 04/16/2020 | 149 | $34.34 |
| 04/16/2020 | 100 | $34.33 |
| 04/16/2020 | 1 | $34.26 |
| 04/21/2020 | 250 | $36.68 |
| 04/21/2020 | 250 | $36.93 |

14

| | | |
|---|---|---|
| 04/21/2020 | 250 | $35.83 |
| 04/21/2020 | 250 | $35.88 |
| 04/21/2020 | 250 | $36.05 |
| 04/21/2020 | 250 | $36.57 |
| 04/21/2020 | 200 | $36.07 |
| 04/21/2020 | 200 | $36.14 |
| 04/21/2020 | 200 | $36.15 |
| 04/21/2020 | 200 | $36.15 |
| 04/21/2020 | 200 | $36.19 |
| 04/21/2020 | 200 | $36.19 |
| 04/21/2020 | 200 | $36.23 |
| 04/21/2020 | 200 | $36.25 |
| 04/21/2020 | 50 | $36.15 |
| 04/21/2020 | 50 | $36.16 |
| 04/21/2020 | 50 | $36.20 |
| 04/21/2020 | 50 | $36.25 |
| 04/21/2020 | 50 | $36.28 |
| 04/21/2020 | 50 | $36.28 |
| 04/21/2020 | 50 | $36.28 |
| 04/21/2020 | 50 | $36.33 |
| 04/22/2020 | 250 | $35.91 |
| 04/22/2020 | 250 | $36.09 |
| 04/22/2020 | 250 | $36.15 |
| 04/22/2020 | 200 | $36.19 |
| 04/22/2020 | 50 | $36.36 |
| 04/23/2020 | 500 | $35.85 |
| 04/23/2020 | 500 | $35.90 |
| 04/24/2020 | 250 | $36.36 |
| 04/24/2020 | 200 | $36.59 |
| 04/24/2020 | 50 | $36.67 |
| 04/27/2020 | 500 | $35.44 |
| 04/27/2020 | 500 | $35.60 |
| 04/27/2020 | 500 | $35.80 |
| 04/27/2020 | 500 | $35.88 |
| 04/27/2020 | 500 | $34.74 |

| | | |
|---|---|---|
| 04/27/2020 | 500 | $35.25 |
| 04/27/2020 | 500 | $35.35 |
| 04/27/2020 | 500 | $35.38 |
| 04/27/2020 | 250 | $35.85 |
| 04/27/2020 | 250 | $35.87 |
| 04/27/2020 | 250 | $35.98 |
| 04/27/2020 | 200 | $34.66 |
| 04/27/2020 | 200 | $34.70 |
| 04/27/2020 | 100 | $34.66 |
| 04/30/2020 | 350 | $34.38 |
| 04/30/2020 | 500 | $35.44 |
| 04/30/2020 | 500 | $35.50 |
| 04/30/2020 | 500 | $35.50 |
| 04/30/2020 | 250 | $35.43 |
| 05/06/2020 | 500 | $33.91 |
| 05/06/2020 | 500 | $33.93 |
| 05/06/2020 | 400 | $33.72 |
| 05/06/2020 | 357 | $34.07 |
| 05/06/2020 | 350 | $33.92 |
| 05/06/2020 | 250 | $33.73 |
| 05/06/2020 | 200 | $33.73 |
| 05/06/2020 | 150 | $33.91 |
| 05/06/2020 | 143 | $34.00 |
| 05/06/2020 | 100 | $33.74 |
| 05/06/2020 | 50 | $33.67 |
| 05/11/2020 | 350 | $37.44 |
| 05/11/2020 | 250 | $37.42 |
| 05/11/2020 | 250 | $37.44 |
| 05/11/2020 | 150 | $37.44 |
| 05/12/2020 | 500 | $35.37 |
| 05/12/2020 | 500 | $35.37 |
| 05/12/2020 | 500 | $35.86 |
| 05/12/2020 | 500 | $35.87 |
| 05/12/2020 | 500 | $35.90 |
| 05/12/2020 | 500 | $35.97 |

| | | |
|---|---|---|
| 05/12/2020 | 500 | $35.39 |
| 05/12/2020 | 500 | $35.84 |
| 05/13/2020 | 500 | $33.53 |
| 05/13/2020 | 500 | $33.68 |
| 05/19/2020 | 500 | $33.25 |
| 05/19/2020 | 500 | $32.87 |
| 05/19/2020 | 500 | $32.94 |
| 05/19/2020 | 500 | $33.08 |
| 05/19/2020 | 500 | $33.09 |
| 05/19/2020 | 482 | $32.75 |
| 05/19/2020 | 400 | $32.60 |
| 05/19/2020 | 350 | $33.24 |
| 05/19/2020 | 250 | $33.24 |
| 05/19/2020 | 250 | $33.56 |
| 05/19/2020 | 250 | $33.56 |
| 05/19/2020 | 250 | $33.58 |
| 05/19/2020 | 250 | $33.59 |
| 05/19/2020 | 250 | $33.59 |
| 05/19/2020 | 250 | $34.55 |
| 05/19/2020 | 250 | $34.56 |
| 05/19/2020 | 250 | $33.59 |
| 05/19/2020 | 250 | $33.59 |
| 05/19/2020 | 250 | $33.61 |
| 05/19/2020 | 250 | $33.62 |
| 05/19/2020 | 250 | $33.76 |
| 05/19/2020 | 250 | $33.88 |
| 05/19/2020 | 250 | $33.89 |
| 05/19/2020 | 250 | $34.14 |
| 05/19/2020 | 250 | $34.22 |
| 05/19/2020 | 250 | $34.27 |
| 05/19/2020 | 250 | $34.30 |
| 05/19/2020 | 250 | $34.42 |
| 05/19/2020 | 250 | $34.53 |
| 05/19/2020 | 250 | $34.53 |
| 05/19/2020 | 250 | $34.55 |

| | | |
|---|---|---|
| 05/19/2020 | 200 | $34.30 |
| 05/19/2020 | 200 | $34.35 |
| 05/19/2020 | 200 | $34.35 |
| 05/19/2020 | 150 | $33.30 |
| 05/19/2020 | 150 | $33.58 |
| 05/19/2020 | 150 | $34.30 |
| 05/19/2020 | 100 | $32.65 |
| 05/19/2020 | 100 | $33.58 |
| 05/19/2020 | 100 | $34.18 |
| 05/19/2020 | 50 | $34.21 |
| 05/19/2020 | 50 | $34.35 |
| 05/19/2020 | 50 | $34.48 |
| 05/19/2020 | 18 | $32.88 |
| 05/21/2020 | 250 | $33.12 |
| 05/21/2020 | 250 | $33.18 |
| 05/21/2020 | 250 | $33.18 |
| 05/21/2020 | 250 | $33.20 |
| 05/21/2020 | 250 | $33.25 |
| 05/21/2020 | 250 | $33.28 |
| 05/21/2020 | 250 | $33.10 |
| 05/21/2020 | 250 | $33.11 |
| 05/21/2020 | 250 | $33.12 |
| 05/21/2020 | 250 | $33.10 |
| 05/22/2020 | 500 | $32.32 |
| 05/22/2020 | 500 | $32.34 |
| 05/22/2020 | 500 | $32.56 |
| 05/22/2020 | 500 | $32.57 |
| 05/22/2020 | 500 | $32.61 |
| 05/27/2020 | 500 | $32.63 |
| 05/27/2020 | 500 | $32.32 |
| 05/27/2020 | 500 | $32.32 |
| 05/27/2020 | 500 | $32.46 |
| 05/27/2020 | 500 | $32.47 |
| 05/27/2020 | 250 | $32.36 |
| 05/27/2020 | 250 | $32.42 |

| | | |
|---|---|---|
| 05/27/2020 | 250 | $32.60 |
| 05/27/2020 | 150 | $32.45 |
| 05/27/2020 | 100 | $32.45 |
| 05/28/2020 | 500 | $32.90 |
| 05/28/2020 | 250 | $33.10 |
| 05/28/2020 | 250 | $33.12 |
| 05/28/2020 | 250 | $33.15 |
| 05/28/2020 | 250 | $33.15 |
| 05/28/2020 | 250 | $33.16 |
| 05/28/2020 | 250 | $33.16 |
| 05/28/2020 | 250 | $33.17 |
| 05/28/2020 | 150 | $33.09 |
| 05/28/2020 | 150 | $33.17 |
| 05/28/2020 | 126 | $33.09 |
| 05/28/2020 | 124 | $33.10 |
| 05/28/2020 | 100 | $33.10 |
| 05/28/2020 | 100 | $33.18 |
| 05/29/2020 | 250 | $32.95 |
| 05/29/2020 | 250 | $31.62 |
| 05/29/2020 | 250 | $31.73 |
| 05/29/2020 | 250 | $31.76 |
| 05/29/2020 | 250 | $32.53 |
| 05/29/2020 | 200 | $31.84 |
| 05/29/2020 | 50 | $31.86 |
| 06/05/2020 | 250 | $25.51 |
| 06/05/2020 | 250 | $25.65 |
| 06/05/2020 | 250 | $24.82 |
| 06/05/2020 | 250 | $24.83 |
| 06/05/2020 | 250 | $24.93 |
| 06/05/2020 | 250 | $25.00 |
| 06/09/2020 | 250 | $27.62 |
| 06/09/2020 | 250 | $27.63 |
| 06/09/2020 | 250 | $27.65 |
| 06/09/2020 | 250 | $27.77 |
| 06/10/2020 | 500 | $25.37 |

19

| | | |
|---|---|---|
| 06/10/2020 | 250 | $25.53 |
| 06/10/2020 | 250 | $25.58 |
| 06/10/2020 | 250 | $25.66 |
| 06/11/2020 | 250 | $24.59 |
| 06/19/2020 | 500 | $23.50 |
| 06/19/2020 | 250 | $23.91 |
| 06/19/2020 | 250 | $23.59 |
| 06/19/2020 | 250 | $23.70 |
| 06/19/2020 | 250 | $23.84 |
| 06/24/2020 | 500 | $24.45 |
| 06/24/2020 | 300 | $24.50 |
| 06/26/2020 | 1,000 | $21.79 |
| 06/26/2020 | 500 | $21.96 |
| 06/26/2020 | 500 | $22.33 |
| 06/26/2020 | 200 | $22.51 |
| 06/30/2020 | 500 | $21.44 |
| 06/30/2020 | 250 | $21.28 |
| 06/30/2020 | 250 | $21.43 |
| 06/30/2020 | 250 | $21.49 |
| 07/01/2020 | 500 | $20.63 |
| 07/01/2020 | 250 | $20.74 |
| 07/01/2020 | 250 | $20.93 |
| 07/01/2020 | 250 | $20.95 |
| 07/01/2020 | 250 | $20.95 |
| 07/01/2020 | 250 | $21.10 |
| 07/02/2020 | 250 | $21.06 |
| 07/02/2020 | 250 | $21.09 |
| 07/02/2020 | 250 | $21.10 |
| 07/07/2020 | 500 | $19.70 |
| 07/07/2020 | 500 | $19.70 |
| 07/07/2020 | 500 | $19.02 |
| 07/07/2020 | 500 | $19.08 |
| 07/07/2020 | 500 | $18.60 |
| 07/07/2020 | 500 | $18.64 |
| 07/07/2020 | 500 | $18.99 |

|  | | | |
|---|---|---:|---:|
| | 07/07/2020 | 500 | $19.02 |
| | 07/07/2020 | 400 | $19.08 |
| | 07/07/2020 | 100 | $19.07 |
| **Sales:** | 11/05/2019 | 100 | $70.63 |
| | 11/05/2019 | 50 | $70.02 |
| | 11/05/2019 | 50 | $70.33 |
| | 12/19/2019 | 1,000 | $50.71 |
| | 12/19/2019 | 514 | $50.73 |
| | 12/19/2019 | 100 | $50.74 |
| | 12/19/2019 | 100 | $50.73 |
| | 12/19/2019 | 100 | $50.73 |
| | 12/19/2019 | 100 | $50.78 |
| | 12/19/2019 | 58 | $50.74 |
| | 12/19/2019 | 27 | $50.76 |
| | 12/19/2019 | 1 | $50.76 |
| | 12/27/2019 | 3,600 | $57.87 |
| | 12/27/2019 | 1,704 | $57.63 |
| | 12/27/2019 | 896 | $57.19 |
| | 12/27/2019 | 800 | $58.03 |
| | 12/27/2019 | 550 | $57.72 |
| | 12/27/2019 | 450 | $58.02 |
| | 12/27/2019 | 300 | $58.06 |
| | 12/27/2019 | 200 | $57.48 |
| | 12/27/2019 | 200 | $57.49 |
| | 12/27/2019 | 100 | $58.04 |
| | 12/27/2019 | 100 | $58.07 |
| | 12/27/2019 | 100 | $58.26 |
| | 12/30/2019 | 3,600 | $53.60 |
| | 12/30/2019 | 200 | $53.59 |
| | 12/30/2019 | 100 | $53.60 |
| | 12/30/2019 | 100 | $53.68 |
| | 12/31/2019 | 900 | $55.76 |
| | 12/31/2019 | 800 | $55.95 |
| | 12/31/2019 | 200 | $55.96 |
| | 12/31/2019 | 100 | $55.97 |

| | | |
|---|---|---|
| 01/02/2020 | 640 | $55.52 |
| 01/02/2020 | 470 | $55.51 |
| 01/02/2020 | 300 | $55.38 |
| 01/02/2020 | 260 | $55.58 |
| 01/02/2020 | 230 | $55.66 |
| 01/02/2020 | 100 | $55.51 |
| 01/06/2020 | 1,200 | $55.70 |
| 01/06/2020 | 400 | $56.07 |
| 01/06/2020 | 391 | $55.88 |
| 01/06/2020 | 9 | $55.89 |
| 01/13/2020 | 3,000 | $53.52 |
| 01/15/2020 | 1,200 | $53.73 |
| 01/15/2020 | 600 | $53.80 |
| 01/15/2020 | 500 | $53.88 |
| 01/15/2020 | 400 | $53.80 |
| 01/15/2020 | 200 | $53.85 |
| 01/15/2020 | 100 | $53.88 |
| 01/17/2020 | 3,491 | $50.02 |
| 01/17/2020 | 666 | $50.07 |
| 01/17/2020 | 437 | $50.05 |
| 01/17/2020 | 400 | $50.23 |
| 01/17/2020 | 6 | $50.08 |
| 01/23/2020 | 2,601 | $44.77 |
| 01/23/2020 | 740 | $45.00 |
| 01/23/2020 | 700 | $44.77 |
| 01/23/2020 | 700 | $45.32 |
| 01/23/2020 | 599 | $44.78 |
| 01/23/2020 | 500 | $45.76 |
| 01/23/2020 | 400 | $45.31 |
| 01/23/2020 | 400 | $45.05 |
| 01/23/2020 | 400 | $45.04 |
| 01/23/2020 | 382 | $44.77 |
| 01/23/2020 | 300 | $45.11 |
| 01/23/2020 | 239 | $45.37 |
| 01/23/2020 | 215 | $45.66 |

| | | |
|---|---|---|
| 01/23/2020 | 200 | $45.51 |
| 01/23/2020 | 200 | $45.03 |
| 01/23/2020 | 150 | $45.15 |
| 01/23/2020 | 150 | $45.10 |
| 01/23/2020 | 130 | $45.20 |
| 01/23/2020 | 103 | $45.01 |
| 01/23/2020 | 101 | $45.50 |
| 01/23/2020 | 100 | $45.71 |
| 01/23/2020 | 100 | $45.70 |
| 01/23/2020 | 100 | $45.68 |
| 01/23/2020 | 100 | $44.79 |
| 01/23/2020 | 99 | $45.58 |
| 01/23/2020 | 96 | $45.25 |
| 01/23/2020 | 85 | $45.27 |
| 01/23/2020 | 71 | $45.18 |
| 01/23/2020 | 26 | $45.21 |
| 01/23/2020 | 10 | $45.46 |
| 01/23/2020 | 3 | $45.67 |
| 01/24/2020 | 11,048 | $42.56 |
| 01/24/2020 | 814 | $43.50 |
| 01/24/2020 | 500 | $43.12 |
| 01/24/2020 | 424 | $43.26 |
| 01/24/2020 | 313 | $43.00 |
| 01/24/2020 | 300 | $43.11 |
| 01/24/2020 | 201 | $43.55 |
| 01/24/2020 | 200 | $43.31 |
| 01/24/2020 | 200 | $43.35 |
| 01/24/2020 | 200 | $43.13 |
| 01/24/2020 | 200 | $43.25 |
| 01/24/2020 | 200 | $43.10 |
| 01/24/2020 | 200 | $43.01 |
| 01/24/2020 | 100 | $43.58 |
| 01/24/2020 | 100 | $43.36 |
| 02/20/2020 | 2,075 | $45.39 |
| 02/20/2020 | 400 | $45.83 |

23

| | | |
|---|---|---|
| 02/20/2020 | 265 | $45.77 |
| 02/20/2020 | 100 | $45.76 |
| 02/20/2020 | 100 | $45.76 |
| 02/20/2020 | 60 | $45.78 |
| 02/21/2020 | 300 | $47.56 |
| 02/25/2020 | 700 | $44.61 |
| 02/25/2020 | 176 | $44.60 |
| 02/25/2020 | 100 | $44.61 |
| 02/25/2020 | 24 | $44.60 |
| 02/27/2020 | 500 | $42.62 |
| 03/03/2020 | 800 | $40.30 |
| 03/03/2020 | 6,000 | $39.51 |
| 03/05/2020 | 1,300 | $43.60 |
| 03/05/2020 | 900 | $43.60 |
| 03/05/2020 | 500 | $43.54 |
| 03/05/2020 | 300 | $43.52 |
| 03/05/2020 | 300 | $43.52 |
| 03/05/2020 | 300 | $43.53 |
| 03/05/2020 | 208 | $43.54 |
| 03/05/2020 | 200 | $43.45 |
| 03/05/2020 | 200 | $43.53 |
| 03/05/2020 | 200 | $43.54 |
| 03/05/2020 | 121 | $43.54 |
| 03/05/2020 | 100 | $43.54 |
| 03/05/2020 | 100 | $43.52 |
| 03/05/2020 | 100 | $43.46 |
| 03/05/2020 | 92 | $43.51 |
| 03/05/2020 | 70 | $43.38 |
| 03/05/2020 | 8 | $43.52 |
| 03/05/2020 | 1 | $43.50 |
| 03/10/2020 | 1,100 | $40.33 |
| 03/11/2020 | 484 | $38.68 |
| 03/11/2020 | 400 | $38.71 |
| 03/11/2020 | 400 | $38.47 |
| 03/11/2020 | 321 | $38.46 |

| | | |
|---|---|---|
| 03/11/2020 | 225 | $38.50 |
| 03/11/2020 | 160 | $38.54 |
| 03/11/2020 | 135 | $38.51 |
| 03/11/2020 | 100 | $38.52 |
| 03/11/2020 | 100 | $38.55 |
| 03/11/2020 | 100 | $38.56 |
| 03/11/2020 | 75 | $38.53 |
| 03/13/2020 | 1,000 | $31.48 |
| 03/13/2020 | 1,000 | $30.95 |
| 03/13/2020 | 749 | $31.74 |
| 03/13/2020 | 251 | $31.83 |
| 03/18/2020 | 270 | $38.25 |
| 03/18/2020 | 170 | $38.27 |
| 03/18/2020 | 160 | $38.26 |
| 03/18/2020 | 100 | $38.25 |
| 03/18/2020 | 100 | $38.25 |
| 03/18/2020 | 100 | $38.26 |
| 03/18/2020 | 100 | $38.33 |
| 03/19/2020 | 250 | $34.42 |
| 03/19/2020 | 250 | $34.56 |
| 03/19/2020 | 250 | $34.87 |
| 03/19/2020 | 250 | $35.95 |
| 03/20/2020 | 750 | $32.68 |
| 03/20/2020 | 500 | $34.46 |
| 03/20/2020 | 500 | $33.62 |
| 03/20/2020 | 500 | $33.15 |
| 03/20/2020 | 500 | $32.99 |
| 03/20/2020 | 500 | $32.24 |
| 03/20/2020 | 500 | $32.21 |
| 03/20/2020 | 414 | $32.48 |
| 03/20/2020 | 360 | $33.89 |
| 03/20/2020 | 300 | $32.18 |
| 03/20/2020 | 250 | $32.74 |
| 03/20/2020 | 200 | $32.63 |
| 03/20/2020 | 180 | $32.56 |

| | | |
|---|---|---|
| 03/20/2020 | 120 | $32.57 |
| 03/20/2020 | 100 | $33.93 |
| 03/20/2020 | 100 | $32.28 |
| 03/20/2020 | 100 | $32.24 |
| 03/20/2020 | 86 | $32.51 |
| 03/20/2020 | 40 | $33.91 |
| 03/24/2020 | 500 | $32.46 |
| 03/24/2020 | 500 | $33.09 |
| 03/24/2020 | 300 | $33.26 |
| 03/24/2020 | 250 | $32.74 |
| 03/24/2020 | 250 | $32.71 |
| 03/24/2020 | 250 | $32.70 |
| 03/24/2020 | 250 | $32.45 |
| 03/24/2020 | 250 | $32.65 |
| 03/24/2020 | 150 | $32.97 |
| 03/24/2020 | 147 | $32.48 |
| 03/24/2020 | 100 | $33.27 |
| 03/24/2020 | 100 | $32.71 |
| 03/24/2020 | 100 | $32.99 |
| 03/24/2020 | 100 | $33.09 |
| 03/24/2020 | 3 | $32.67 |
| 03/25/2020 | 250 | $34.22 |
| 03/25/2020 | 250 | $34.38 |
| 03/25/2020 | 250 | $34.88 |
| 03/25/2020 | 250 | $33.57 |
| 03/25/2020 | 250 | $33.81 |
| 03/25/2020 | 250 | $33.99 |
| 03/25/2020 | 250 | $34.03 |
| 03/26/2020 | 250 | $37.25 |
| 03/26/2020 | 250 | $37.64 |
| 03/26/2020 | 250 | $37.68 |
| 03/26/2020 | 250 | $37.68 |
| 03/27/2020 | 250 | $35.59 |
| 03/27/2020 | 250 | $35.91 |
| 03/27/2020 | 250 | $36.33 |

| | | |
|---|---|---|
| 03/30/2020 | 250 | $36.20 |
| 03/30/2020 | 250 | $36.20 |
| 04/01/2020 | 250 | $35.37 |
| 04/01/2020 | 250 | $35.44 |
| 04/01/2020 | 250 | $35.27 |
| 04/01/2020 | 250 | $35.28 |
| 04/01/2020 | 250 | $35.27 |
| 04/01/2020 | 250 | $35.04 |
| 04/01/2020 | 100 | $35.27 |
| 04/01/2020 | 100 | $35.26 |
| 04/01/2020 | 50 | $35.25 |
| 04/02/2020 | 500 | $37.57 |
| 04/02/2020 | 500 | $36.96 |
| 04/02/2020 | 320 | $36.98 |
| 04/02/2020 | 250 | $36.98 |
| 04/02/2020 | 250 | $37.01 |
| 04/02/2020 | 250 | $37.02 |
| 04/02/2020 | 250 | $37.11 |
| 04/02/2020 | 250 | $37.42 |
| 04/02/2020 | 250 | $37.44 |
| 04/02/2020 | 250 | $37.57 |
| 04/02/2020 | 250 | $36.96 |
| 04/02/2020 | 250 | $36.95 |
| 04/02/2020 | 250 | $36.70 |
| 04/02/2020 | 250 | $36.66 |
| 04/02/2020 | 250 | $36.58 |
| 04/02/2020 | 250 | $36.38 |
| 04/02/2020 | 250 | $35.40 |
| 04/02/2020 | 250 | $35.29 |
| 04/02/2020 | 250 | $35.15 |
| 04/02/2020 | 200 | $37.05 |
| 04/02/2020 | 150 | $37.47 |
| 04/02/2020 | 135 | $36.89 |
| 04/02/2020 | 112 | $37.10 |
| 04/02/2020 | 100 | $37.54 |

| | | |
|---|---|---|
| 04/02/2020 | 100 | $37.05 |
| 04/02/2020 | 87 | $37.05 |
| 04/02/2020 | 45 | $36.82 |
| 04/02/2020 | 1 | $37.04 |
| 04/03/2020 | 250 | $35.52 |
| 04/03/2020 | 250 | $35.07 |
| 04/03/2020 | 250 | $35.17 |
| 04/03/2020 | 250 | $35.19 |
| 04/06/2020 | 500 | $37.60 |
| 04/06/2020 | 385 | $37.52 |
| 04/06/2020 | 250 | $37.78 |
| 04/06/2020 | 250 | $37.78 |
| 04/06/2020 | 250 | $37.78 |
| 04/06/2020 | 250 | $37.72 |
| 04/06/2020 | 250 | $37.24 |
| 04/06/2020 | 250 | $37.07 |
| 04/06/2020 | 160 | $37.47 |
| 04/06/2020 | 100 | $37.57 |
| 04/06/2020 | 90 | $37.46 |
| 04/06/2020 | 15 | $37.51 |
| 04/07/2020 | 500 | $35.83 |
| 04/07/2020 | 500 | $34.37 |
| 04/07/2020 | 500 | $34.38 |
| 04/07/2020 | 380 | $33.90 |
| 04/07/2020 | 300 | $33.92 |
| 04/07/2020 | 250 | $35.86 |
| 04/07/2020 | 250 | $36.26 |
| 04/07/2020 | 250 | $35.68 |
| 04/07/2020 | 250 | $35.63 |
| 04/07/2020 | 250 | $35.63 |
| 04/07/2020 | 250 | $35.52 |
| 04/07/2020 | 250 | $35.55 |
| 04/07/2020 | 247 | $35.80 |
| 04/07/2020 | 181 | $34.08 |
| 04/07/2020 | 125 | $34.12 |

| | | |
|---|---|---|
| 04/07/2020 | 125 | $33.88 |
| 04/07/2020 | 100 | $33.91 |
| 04/07/2020 | 87 | $34.13 |
| 04/07/2020 | 77 | $34.07 |
| 04/07/2020 | 3 | $35.73 |
| 04/09/2020 | 250 | $40.53 |
| 04/09/2020 | 250 | $40.51 |
| 04/09/2020 | 250 | $40.03 |
| 04/09/2020 | 148 | $39.65 |
| 04/09/2020 | 100 | $40.22 |
| 04/09/2020 | 1 | $40.20 |
| 04/09/2020 | 1 | $40.15 |
| 04/17/2020 | 648 | $35.68 |
| 04/17/2020 | 500 | $35.72 |
| 04/17/2020 | 500 | $35.73 |
| 04/17/2020 | 500 | $35.76 |
| 04/17/2020 | 500 | $35.77 |
| 04/17/2020 | 250 | $35.63 |
| 04/17/2020 | 250 | $35.75 |
| 04/17/2020 | 250 | $35.68 |
| 04/17/2020 | 250 | $35.73 |
| 04/17/2020 | 100 | $35.68 |
| 04/17/2020 | 1 | $35.73 |
| 04/17/2020 | 1 | $35.68 |
| 04/21/2020 | 749 | $37.06 |
| 04/21/2020 | 500 | $36.49 |
| 04/21/2020 | 500 | $37.12 |
| 04/21/2020 | 500 | $37.15 |
| 04/21/2020 | 500 | $36.23 |
| 04/21/2020 | 250 | $37.12 |
| 04/21/2020 | 250 | $37.00 |
| 04/21/2020 | 250 | $37.00 |
| 04/21/2020 | 1 | $36.70 |
| 04/22/2020 | 400 | $37.01 |
| 04/22/2020 | 400 | $37.23 |

| | | |
|---|---|---|
| 04/22/2020 | 200 | $36.89 |
| 04/22/2020 | 200 | $37.03 |
| 04/22/2020 | 200 | $37.07 |
| 04/22/2020 | 200 | $37.23 |
| 04/22/2020 | 100 | $37.01 |
| 04/22/2020 | 100 | $37.04 |
| 04/22/2020 | 100 | $37.27 |
| 04/22/2020 | 100 | $37.27 |
| 04/23/2020 | 500 | $36.96 |
| 04/23/2020 | 500 | $36.97 |
| 04/23/2020 | 300 | $37.48 |
| 04/23/2020 | 260 | $37.76 |
| 04/23/2020 | 250 | $37.11 |
| 04/23/2020 | 250 | $37.10 |
| 04/23/2020 | 250 | $37.08 |
| 04/23/2020 | 250 | $36.72 |
| 04/23/2020 | 200 | $37.74 |
| 04/23/2020 | 100 | $37.52 |
| 04/23/2020 | 100 | $37.69 |
| 04/23/2020 | 40 | $37.73 |
| 04/28/2020 | 500 | $35.53 |
| 04/28/2020 | 500 | $35.55 |
| 04/28/2020 | 500 | $35.56 |
| 04/28/2020 | 400 | $35.76 |
| 04/28/2020 | 250 | $35.55 |
| 04/28/2020 | 250 | $35.65 |
| 04/28/2020 | 250 | $35.78 |
| 04/28/2020 | 100 | $35.74 |
| 04/29/2020 | 500 | $36.24 |
| 04/29/2020 | 500 | $36.01 |
| 04/29/2020 | 500 | $36.18 |
| 04/29/2020 | 308 | $36.18 |
| 04/29/2020 | 300 | $36.08 |
| 04/29/2020 | 250 | $36.15 |
| 04/29/2020 | 250 | $36.21 |

| | | |
|---|---:|---|
| 04/29/2020 | 250 | $36.24 |
| 04/29/2020 | 250 | $36.03 |
| 04/29/2020 | 250 | $36.01 |
| 04/29/2020 | 250 | $35.86 |
| 04/29/2020 | 250 | $35.82 |
| 04/29/2020 | 216 | $36.27 |
| 04/29/2020 | 200 | $36.22 |
| 04/29/2020 | 182 | $36.20 |
| 04/29/2020 | 155 | $36.13 |
| 04/29/2020 | 101 | $36.25 |
| 04/29/2020 | 100 | $36.12 |
| 04/29/2020 | 100 | $36.07 |
| 04/29/2020 | 100 | $35.85 |
| 04/29/2020 | 100 | $35.71 |
| 04/29/2020 | 50 | $35.83 |
| 04/29/2020 | 38 | $36.03 |
| 04/29/2020 | 29 | $36.22 |
| 04/29/2020 | 12 | $36.05 |
| 04/29/2020 | 7 | $36.24 |
| 04/29/2020 | 1 | $36.17 |
| 04/29/2020 | 1 | $36.13 |
| 04/30/2020 | 2,110 | $33.00 |
| 04/30/2020 | 1,899 | $33.10 |
| 04/30/2020 | 550 | $33.22 |
| 04/30/2020 | 484 | $33.19 |
| 04/30/2020 | 400 | $33.04 |
| 04/30/2020 | 250 | $33.06 |
| 04/30/2020 | 139 | $33.26 |
| 04/30/2020 | 126 | $33.18 |
| 04/30/2020 | 108 | $33.05 |
| 04/30/2020 | 101 | $33.01 |
| 04/30/2020 | 100 | $33.24 |
| 04/30/2020 | 100 | $33.20 |
| 04/30/2020 | 79 | $33.22 |
| 04/30/2020 | 31 | $33.02 |

| | | |
|---|---|---|
| 04/30/2020 | 21 | $33.24 |
| 04/30/2020 | 1 | $33.12 |
| 04/30/2020 | 1 | $33.22 |
| 05/07/2020 | 1,000 | $36.48 |
| 05/07/2020 | 1,000 | $36.45 |
| 05/07/2020 | 733 | $36.57 |
| 05/07/2020 | 167 | $36.63 |
| 05/07/2020 | 100 | $36.63 |
| 05/13/2020 | 500 | $35.48 |
| 05/13/2020 | 500 | $35.51 |
| 05/14/2020 | 500 | $34.78 |
| 05/14/2020 | 500 | $34.47 |
| 05/14/2020 | 499 | $34.76 |
| 05/14/2020 | 400 | $34.73 |
| 05/14/2020 | 100 | $34.77 |
| 05/14/2020 | 1 | $34.77 |
| 05/15/2020 | 250 | $35.60 |
| 05/15/2020 | 250 | $35.60 |
| 05/15/2020 | 250 | $35.68 |
| 05/15/2020 | 250 | $35.70 |
| 05/15/2020 | 250 | $35.58 |
| 05/15/2020 | 250 | $35.60 |
| 05/15/2020 | 250 | $35.60 |
| 05/15/2020 | 250 | $35.54 |
| 05/15/2020 | 250 | $35.58 |
| 05/15/2020 | 250 | $35.48 |
| 05/15/2020 | 250 | $35.28 |
| 05/15/2020 | 100 | $35.58 |
| 05/15/2020 | 100 | $35.59 |
| 05/15/2020 | 50 | $35.51 |
| 05/20/2020 | 500 | $34.15 |
| 05/20/2020 | 500 | $34.28 |
| 05/20/2020 | 400 | $34.04 |
| 05/20/2020 | 350 | $33.95 |
| 05/20/2020 | 300 | $34.26 |

| | | |
|---|---|---|
| 05/20/2020 | 300 | $34.29 |
| 05/20/2020 | 294 | $34.01 |
| 05/20/2020 | 250 | $34.26 |
| 05/20/2020 | 250 | $34.29 |
| 05/20/2020 | 250 | $34.20 |
| 05/20/2020 | 250 | $34.14 |
| 05/20/2020 | 250 | $34.13 |
| 05/20/2020 | 250 | $33.95 |
| 05/20/2020 | 250 | $33.80 |
| 05/20/2020 | 250 | $33.71 |
| 05/20/2020 | 250 | $33.69 |
| 05/20/2020 | 200 | $34.25 |
| 05/20/2020 | 190 | $34.26 |
| 05/20/2020 | 116 | $34.00 |
| 05/20/2020 | 112 | $33.97 |
| 05/20/2020 | 100 | $33.87 |
| 05/20/2020 | 100 | $33.87 |
| 05/20/2020 | 97 | $33.97 |
| 05/20/2020 | 90 | $34.09 |
| 05/20/2020 | 50 | $33.78 |
| 05/20/2020 | 38 | $33.97 |
| 05/20/2020 | 10 | $34.25 |
| 05/20/2020 | 3 | $34.01 |
| 05/22/2020 | 500 | $32.96 |
| 05/22/2020 | 500 | $32.46 |
| 05/22/2020 | 500 | $32.36 |
| 05/22/2020 | 500 | $32.46 |
| 05/22/2020 | 348 | $32.04 |
| 05/22/2020 | 302 | $32.07 |
| 05/22/2020 | 250 | $32.97 |
| 05/22/2020 | 250 | $33.01 |
| 05/22/2020 | 198 | $32.10 |
| 05/22/2020 | 152 | $32.07 |
| 05/28/2020 | 250 | $34.08 |
| 05/28/2020 | 250 | $34.12 |

| | | |
|---|---|---|
| 05/28/2020 | 250 | $34.03 |
| 05/28/2020 | 250 | $33.93 |
| 05/28/2020 | 250 | $33.86 |
| 05/28/2020 | 250 | $33.88 |
| 05/28/2020 | 250 | $33.90 |
| 05/28/2020 | 250 | $33.90 |
| 05/28/2020 | 250 | $33.90 |
| 05/28/2020 | 250 | $33.92 |
| 05/28/2020 | 250 | $33.92 |
| 05/28/2020 | 250 | $33.73 |
| 05/28/2020 | 250 | $33.72 |
| 05/28/2020 | 250 | $33.72 |
| 05/28/2020 | 250 | $33.60 |
| 05/28/2020 | 180 | $33.70 |
| 05/28/2020 | 168 | $33.92 |
| 05/28/2020 | 103 | $33.93 |
| 05/28/2020 | 100 | $33.94 |
| 05/28/2020 | 82 | $34.06 |
| 05/28/2020 | 55 | $33.74 |
| 05/28/2020 | 47 | $33.91 |
| 05/28/2020 | 15 | $33.82 |
| 06/03/2020 | 250 | $27.20 |
| 06/03/2020 | 250 | $27.68 |
| 06/03/2020 | 250 | $27.93 |
| 06/03/2020 | 150 | $28.21 |
| 06/03/2020 | 100 | $28.21 |
| 06/04/2020 | 500 | $26.07 |
| 06/04/2020 | 500 | $26.14 |
| 06/04/2020 | 150 | $27.60 |
| 06/04/2020 | 150 | $27.72 |
| 06/04/2020 | 100 | $27.69 |
| 06/04/2020 | 100 | $27.61 |
| 06/05/2020 | 250 | $25.28 |
| 06/05/2020 | 250 | $25.09 |
| 06/05/2020 | 235 | $25.25 |

34

| | | |
|---|---|---|
| 06/05/2020 | 150 | $25.19 |
| 06/05/2020 | 100 | $25.18 |
| 06/05/2020 | 15 | $25.24 |
| 06/09/2020 | 500 | $26.26 |
| 06/09/2020 | 500 | $26.25 |
| 06/09/2020 | 500 | $26.19 |
| 06/09/2020 | 500 | $26.25 |
| 06/09/2020 | 500 | $26.25 |
| 06/10/2020 | 250 | $25.85 |
| 06/11/2020 | 250 | $25.05 |
| 06/11/2020 | 250 | $25.06 |
| 06/11/2020 | 250 | $25.05 |
| 06/11/2020 | 250 | $25.02 |
| 06/11/2020 | 250 | $25.01 |
| 06/11/2020 | 250 | $24.99 |
| 06/11/2020 | 150 | $25.01 |
| 06/11/2020 | 100 | $25.01 |
| 06/22/2020 | 250 | $24.93 |
| 06/22/2020 | 250 | $24.90 |
| 06/22/2020 | 250 | $24.93 |
| 06/22/2020 | 250 | $24.97 |
| 06/26/2020 | 900 | $21.23 |
| 06/26/2020 | 500 | $21.39 |
| 06/26/2020 | 500 | $21.30 |
| 06/26/2020 | 500 | $21.24 |
| 06/26/2020 | 500 | $21.19 |
| 06/26/2020 | 500 | $21.17 |
| 06/26/2020 | 500 | $21.17 |
| 06/26/2020 | 500 | $21.17 |
| 06/26/2020 | 100 | $21.26 |
| 07/01/2020 | 250 | $22.44 |
| 07/01/2020 | 250 | $22.40 |
| 07/01/2020 | 250 | $22.33 |
| 07/01/2020 | 250 | $22.34 |
| 07/01/2020 | 200 | $20.74 |

| | | | |
|---|---|---|---|
| | 07/01/2020 | 50 | $20.72 |
| | 07/07/2020 | 500 | $19.46 |
| | 07/07/2020 | 500 | $19.32 |
| | 07/07/2020 | 500 | $19.39 |
| | 07/07/2020 | 485 | $19.39 |
| | 07/07/2020 | 15 | $19.37 |
| | 07/13/2020 | 4,984 | $9.90 |
| | 07/13/2020 | 3,200 | $9.86 |
| | 07/13/2020 | 446 | $9.88 |
| | 07/13/2020 | 402 | $9.86 |
| | 07/13/2020 | 352 | $9.85 |
| | 07/13/2020 | 200 | $9.87 |
| | 07/13/2020 | 200 | $9.87 |
| | 07/13/2020 | 100 | $9.88 |
| | 07/13/2020 | 100 | $9.86 |
| | 07/13/2020 | 16 | $9.89 |
| | 07/14/2020 | 5,000 | $9.64 |
| **Section 2- Sucai Bi** | | | |
| Purchases: | 01/22/2020 | 780 | $49.14 |
| | 01/22/2020 | 600 | $49.48 |
| | 01/22/2020 | 400 | $49.55 |
| | 01/22/2020 | 20 | $49.15 |
| | 01/30/2020 | 400 | $42.42 |
| | 01/30/2020 | 325 | $42.45 |
| | 01/31/2020 | 200 | $43.62 |
| | 02/06/2020 | 150 | $43.74 |
| | 02/12/2020 | 150 | $45.15 |
| | 02/12/2020 | 100 | $45.24 |
| | 02/14/2020 | 675 | $47.13 |
| | 02/14/2020 | 500 | $46.99 |
| | 02/14/2020 | 400 | $46.82 |
| | 02/14/2020 | 100 | $46.62 |
| | 02/19/2020 | 400 | $49.35 |
| | 02/19/2020 | 100 | $49.27 |
| | 02/24/2020 | 100 | $47.98 |

| | | |
|---|---|---|
| 02/24/2020 | 100 | $48.02 |
| 02/25/2020 | 450 | $45.07 |
| 02/25/2020 | 1,500 | $44.85 |
| 02/25/2020 | 250 | $44.66 |
| 03/02/2020 | 500 | $40.71 |
| 03/03/2020 | 250 | $39.29 |
| 03/03/2020 | 100 | $39.42 |
| 03/03/2020 | 50 | $39.42 |
| 03/03/2020 | 500 | $40.96 |
| 03/05/2020 | 1,000 | $43.04 |
| 03/05/2020 | 100 | $43.28 |
| 03/06/2020 | 500 | $42.07 |
| 03/06/2020 | 400 | $41.87 |
| 03/09/2020 | 250 | $39.24 |
| 03/09/2020 | 175 | $38.87 |
| 03/09/2020 | 25 | $38.86 |
| 03/09/2020 | 1,350 | $39.34 |
| 03/09/2020 | 500 | $38.77 |
| 03/09/2020 | 150 | $40.00 |
| 03/10/2020 | 900 | $38.24 |
| 03/11/2020 | 600 | $38.83 |
| 03/11/2020 | 500 | $37.81 |
| 03/11/2020 | 300 | $37.81 |
| 03/11/2020 | 100 | $37.31 |
| 03/12/2020 | 500 | $35.95 |
| 03/12/2020 | 250 | $33.08 |
| 03/12/2020 | 250 | $34.11 |
| 03/12/2020 | 250 | $32.26 |
| 03/12/2020 | 250 | $32.97 |
| 03/12/2020 | 250 | $32.98 |
| 03/12/2020 | 200 | $32.29 |
| 03/12/2020 | 200 | $33.42 |
| 03/12/2020 | 161 | $32.33 |
| 03/12/2020 | 150 | $34.62 |
| 03/12/2020 | 100 | $32.24 |

| | | | |
|---|---|---|---|
| | 03/12/2020 | 100 | $32.25 |
| | 03/12/2020 | 100 | $32.98 |
| | 03/12/2020 | 100 | $34.59 |
| | 03/12/2020 | 89 | $32.24 |
| | 03/12/2020 | 50 | $32.25 |
| | 03/12/2020 | 50 | $33.47 |
| | 03/13/2020 | 700 | $29.51 |
| | 03/13/2020 | 600 | $29.65 |
| | 03/13/2020 | 600 | $30.96 |
| | 03/13/2020 | 400 | $30.97 |
| | 03/13/2020 | 400 | $29.76 |
| | 03/13/2020 | 300 | $29.49 |
| | 03/13/2020 | 150 | $29.25 |
| | 06/24/2020 | 50 | $23.27 |
| | 06/24/2020 | 180 | $23.35 |
| **Sales:** | 01/23/2020 | 1,000 | $45.50 |
| | 01/24/2020 | 800 | $43.20 |
| | 02/26/2020 | 250 | $45.76 |
| | 03/03/2020 | 2,500 | $39.33 |
| | 03/03/2020 | 1,500 | $41.42 |
| | 03/03/2020 | 300 | $39.49 |
| | 03/03/2020 | 150 | $39.48 |
| | 03/03/2020 | 50 | $39.47 |
| | 05/28/2020 | 100 | $33.16 |
| | 07/13/2020 | 1,550 | $12.41 |
| | 07/14/2020 | 3,859 | $9.38 |
| | 07/14/2020 | 3,000 | $9.46 |
| | 07/14/2020 | 1,141 | $9.42 |