**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YE ZHOU, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>NEXTCURE, INC., MICHAEL RICHMAN, STEVEN P. COBOURN, KEVIN N. HELLER, M.D., DAVID KABAKOFF, PH.D., ELAINE V. JONES, PH.D., CHAU Q. KHUONG, JUDITH J. LI, BRIGGS MORRISON, M.D., TIM SHANNON, M.D., STEPHEN WEBSTER, STELLA XU, MORGAN STANLEY & CO. LLC, BOFA SECURITIES, INC., PIPER JAFFRAY & CO., NEEDHAM & COMPANY, LLC, and BTIG, LLC,<br><br>          Defendants. | Case No. 20-cv-07772 (LTS) (RWL) |

**DECLARATION OF THOMAS M. ARTAKI IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, THOMAS M. ARTAKI, declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a member of the bar of this Court and of the law firm Katten Muchin Rosenman LLP, and counsel for Defendant NextCure, Inc. ("NextCure"), Officer Defendants Michael Richman, Steven P. Cobourn, and Kevin N. Heller, and Director Defendants David Kabakoff, Elaine V. Jones, Chau Q. Khuong, Judith J. Li, Briggs Morrison, Tim Shannon, Stephen Webster, and Stella Xu (collectively "Defendants").  I respectfully make this declaration in support of Defendants' motion to dismiss.[1]

---

[1] All capitalized terms not defined herein have the same meaning as in the Memorandum of Law in Support of Defendants' Motion To Dismiss the Amended Complaint.

1

2.    I submit this declaration to put before the Court true and correct copies of the following documents cited in the Memorandum of Law in Support of Defendants' Motion To Dismiss the Amended Complaint:

| | |
|---|---|
| Exhibit A | Amended Class Action Complaint, dated February 26, 2021. |
| Exhibit B | NextCure Presentation at the Society for Immunotherapy of Cancer Conference, dated November 9, 2019, http://ir.nextcure.com/static-files/eb4f4717-87f9-49d1-84d6-02762b85ffec (cited ¶¶ 10, 51). |
| Exhibit C | *Single agent anti-tumor activity in PD-1 refractory NSCLC: phase 1 data from the first-in-human trial of NC318, a Siglec-15-targeted antibody*, 34th Annual Meeting Abstracts, Journal for ImmunoTherapy of Cancer (published November 6, 2019), https://jitc.bmj.com/content/jitc/7/Suppl_1/283.full.pdf (cited ¶¶ 8-9, 11, 48-49, 54, 60, 66).[2] |
| Exhibit D | SITC 2019 Abstracts webpage, 2019 Society for Immunotherapy of Cancer Conference, https://www.sitcancer.org/2019/abstracts (accessed February 27, 2020) (*see* ¶¶ 8-9, 11, 48-49, 54, 60, 66). |
| Exhibit E | Excerpts of NextCure IPO Prospectus (filed May 9, 2019) (cited ¶¶ 127-31, 133-45, 159).  This document and the other SEC filings attached hereto are available from the EDGAR database of SEC filings. |
| Exhibit F | NextCure Press Release, *NextCure Presents Updated Clinical Data from NC318 Phase 1/2 Clinical Trial at the 34th Annual Meeting of Society for Immunotherapy of Cancer (SITC) and Announces Initiation of Phase 2 Portion of the Trial*, dated November 9, 2019 (cited ¶¶ 10, 50). |
| Exhibit G | Excerpts of NextCure SPO Prospectus (filed November 12, 2019) (cited ¶¶ 148-56, 160). |
| Exhibit H | NextCure Form 8-K (filed January 13, 2020) (cited ¶ 68). |
| Exhibit I | Historical stock chart of NXTC for the period of November 12, 2018 to November 13, 2018, generated by Bloomberg. |
| Exhibit J | Plaintiffs' Notice of Voluntary Dismissal Without Prejudice, *Immunaccel Labs, LLC, et al. v. Richman, et al.*, C.A. No. 2020-0084 (AGB), Dkt. 22 (Del. Ch. June 24, 2020). |
| Exhibit K | American Society of Clinical Oncology Poster, titled "Abstract #TPS3166: A Phase 1/2, Open-Label, Dose-Escalation, Safety and Tolerability Study of NC318 in Subjects with Advanced or Metastatic Solid Tumors" (presented May 29, 2020), http://ir.nextcure.com/static-files/62792f7b-eca6-478f-96b7-19ff84af5253 (cited ¶¶ 66, 70). |
| Exhibit L | NextCure Press Release, *NextCure Provides an Interim Update of the Phase 2 Portion of the NC318 Monotherapy Phase 1/2 Trial and Announces Departure of Chief Medical Officer*, dated July 13, 2020 (cited ¶¶ 72, 75). |

---

[2] The published version of the Abstract is dated November 6, 2019, however Defendants refer to the publication date in their memorandum of law as November 5, 2019 consistent with the allegations in the Complaint. (*See, e.g.*, ¶ 48.)

| Exhibit M | *Here's Why NextCure Stock Blew Through the Roof Tuesday*, The Motley Fool (published November 5, 2019), https://www.fool.com/investing/2019/11/05/heres-why-nextcure-stock-blew-through-the-roof-tod.aspx (cited ¶ 49). |
|-----------|---|
| Exhibit N | Excerpts of NextCure 2019 Form 10-K (filed March 12, 2020) (cited ¶ 64). |
| Exhibit O | Excerpts of JMP Securities Analyst Report, titled, "Target Hunting in the Post-PD-1/L1 Era; Initiating Coverage of NextCure & Trillium," dated May 26, 2020 (cited ¶ 67). |

3.    I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   April 27, 2021
New York, New York

By:   /s/ Thomas M. Artaki
Thomas M. Artaki
575 Madison Avenue
New York, New York 10022
Phone: (212) 940-8800

*Counsel for Defendants NextCure, Inc.,*
*Michael Richman, Steven. P. Cobourn,*
*Kevin. N. Heller, David Kabakoff,*
*Elaine V. Jones, Chau Q. Khuong,*
*Judith J. Li, Briggs Morrison, Tim Shannon,*
*Stephen Webster, and Stella Xu*

3