# Exhibit B



# Single agent anti-tumor activity in PD-1 refractory NSCLC: phase 1 data from the first-in-human trial of NC318, a Siglec-15-targeted antibody

**Anthony Tolcher**, Omid Hamid, Jeffrey Weber, Patricia LoRusso, Kathryn Shantz, Kevin N. Heller, and Martin Gutierrez

Society for Immunotherapy of Cancer #SITC2019

# DISCLOSURES

## CONSULTING

| | |
|---|---|
| ABBVIE | IMMUNOMET |
| ADAGENE | MEKANISTIC |
| AGENUS | MENARINI |
| ARO BIOTHERAPEUTICS | NANOBIOTIX |
| ASCENTAGE | NUVALENT |
| AXIMMUNE | OSI |
| BAYER | PFIZER |
| BIRDIE | PIERIS |
| CELLO HEALTH | PIERRE FABRE |
| ELLIPSES (AMENDMENT) | RIDGEWAY |
| EMD SERONO | SCITEMEX |
| FORBIUS (FORMERLY FORMATION BIOLOGICS) | SYNEOS (INCLUDES BOSTON BIOMED/INC RESEARCH) |
| GILDE HEALTHCARE PARTNERS | SYMPHOGEN |
| HBM PARTNERS | SEATTLE GENETICS |
| | TFS TRIAL FORM SUPPORT |

## ADVISORY BOARD MEMBER

| | |
|---|---|
| ABGENOMICS | MIRATI (IDMC) |
| ADC THERAPEUTICS | NBE THERAPEUTICS |
| ARO BIOTHERAPEUTICS | PELICAN |
| BIOINVENT | INNATE PHARMA |
| ELEVEN BIO | TFS TRIAL FORM SUPPORT INTERNATIONAL |
| IMMUNOME | ZYMEWORKS |
| JAZZ | |

## RESEARCH FUNDING

| | |
|---|---|
| 3S BiIOTHERAPEUTICS | INNATE |
| ABBVIE | KECHOW |
| ADC THERAPEUTICS | KIROMIC |
| ADAGENE | MERCK |
| AMINEX | MERSANA |
| AMPHIVENA | NATUREWISE |
| ASCENTAGE | NEXTCURE |
| ASANA | NITTO BIOPHARMA |
| ARRYS | PFIZER |
| BOEHRINGER INGELHEIM | PIERIS |
| BIRDIE | SAMUMED |
| CSTONE | SEATTLE GENETICS |
| DECIPHERA | SYNDAX |
| GILEAD | SYMPHOGEN |
| GLAXOSMITHKLINE | TIZONA |
| INHIBRX | ZYMEWORKS |



34th Annual Meeting & Pre-Conference Programs

#SITC2019

# SIGLEC-15 (S15) AS A TARGET

### EXPRESSED ON TUMORS AND M2 MACROPHAGES

### SIGLEC-15 SUPPRESSES T CELL FUNCTION

### EXPRESSION IS NON-OVERLAPPING WITH PD-L1





From NextCure, Inc. data on file



#SITC2019

# S15 IS HIGHLY IMMUNOSUPPRESSIVE IN THE TME IN MULTIPLE TUMORS



# NC318 BLOCKS IMMUNOSUPPRESSIVE ACTIVITY INDUCED BY S15



From NextCure, Inc. data on file

# CURRENT TREATMENT OPTIONS FOR NSCLC WITHOUT GENETIC DRIVEN MUTATIONS





**PD-L1 TPS Score influences treatment decisions**

Brahmer JR et al J Immunother Cancer 2018

 

# S15 AND PD-L1 MUTUALLY EXCLUSIVE EXPRESSION IN NSCLC
# A POTENTIAL TARGET FOR PD-1 REFRACTORY NSCLC



# FIRST-IN-HUMAN PHASE 1/2 CLINICAL STUDY OF NC318

## Phase 1: Dose Escalation
### OBJECTIVES: Safety and Tolerability of NC318

**3+3 Design**
- Subjects dosed every 2 weeks
- DLT period 28 days
- Additional subjects enrolled for biopsies

**Eligibility:**
- Men/Women ≥ 18 y/o, and PS<2
- Advanced/metastatic solid tumors (all comers)
- Refractory/intolerant to standard of care

**8 mg n = 4** → **24 mg n=4** → **80 mg n= 10** → **240 mg n=12** → **400 mg n= 11** → **800 mg n=4** → **1600 mg n=4**

*1600 mg cohort added after no DLTs observed through 800 mg cohort*

**Data as of 26-Sep-2019**

## Phase 2: Dose Expansion

**NSCLC**  **H&N**

**Ovarian**  **TNBC**

- Simon 2-Stage design
- Subject tumors must be PD-L1 TPS <50%
- Required biopsies at screening and on treatment
- S15 expression will be evaluated retrospectively

Clinical trial information: NCT03665285

34th Annual Meeting & Pre-Conference Programs  #SITC2019

# FIRST-IN-HUMAN PHASE 1/2 CLINICAL STUDY OF NC318

## Phase 1: Dose Escalation
### OBJECTIVES: Safety and Tolerability of NC318

**3+3 Design**
- Subjects dosed every 2 weeks
- DLT period 28 days
- Additional subjects enrolled for biopsies

**Eligibility:**
- Men/Women ≥ 18 y/o, and PS<2
- Advanced/metastatic solid tumors (all comers)
- Refractory/intolerant to standard of care



| 8 mg n = 4 | → | 24 mg n=4 | → | 80 mg n= 10 | → | 240 mg n=12 | → | 400 mg n= 11 | → | 800 mg n=4 | → | 1600 mg n=4 |

*1600 mg cohort added after no DLTs observed through 800 mg cohort*

**Data as of 26-Sep-2019**

## Phase 2: Dose Expansion

| NSCLC | H&N |
| Ovarian | TNBC |

- Simon 2-Stage design
- Subject tumors must be PD-L1 TPS <50%
- Required biopsies at screening and on treatment
- S15 expression will be evaluated retrospectively

Clinical trial information: NCT03665285

 

# BASELINE CHARACTERISTICS OF PHASE 1 SUBJECTS

| Characteristic | All subjects (N=49)* | NSCLC (n=13)* |
|---|---|---|
| **Age, years** | | |
| Median (range) | 62 (32-78) | 68 (48-77) |
| **Sex, n (%)** | | |
| Female | 28 (57) | 6 (46) |
| Male | 21 (43) | 7 (54) |
| **ECOG performance status, n (%)** | | |
| 0 | 16 (33) | 2 (15) |
| 1 | 33 (67) | 11 (85) |
| **Prior systemic anti-cancer regimens** | | |
| Median (range) | 3 (1-15) | 4 (1-7) |
| Prior Immunotherapy, n (%) | 31 (63) | 13 (100) |

*All comers regardless of PD-L1 or S15 status

Data as of 26-Sep-2019

34th Annual Meeting & Pre-Conference Programs



#SITC2019

# INCIDENCE OF TREATMENT-RELATED ADVERSE EVENTS ≥5%

| AE Preferred Term, n (%) | 8 mg (n=4) | | 24 mg (n=4) | | 80 mg (n=10) | | 240 mg (n=12) | | 400 mg (n=11) | | 800 mg (n=4) | | 1600 mg (n=4) | | Total (N=49) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Any grade | Grade 3-4 | Any grade | Grade 3-4 | Any grade | Grade 3-4 | Any grade | Grade 3-4 | Any grade | Grade 3-4 | Any grade | Grade 3-4 | Any grade | Grade 3-4 | Any grade | Grade 3-4 |
| **Diarrhea** | 0 | 0 | 1 (25) | 0 | 4 (40) | 0 | 1 (8) | 0 | 1 (9) | 0 | 1 (25) | 0 | 0 | 0 | 8 (16) | 0 |
| **Amylase increased** | 0 | 0 | 0 | 0 | 2 (20) | 1 (10) | 1 (8) | 0 | 1 (9) | 0 | 0 | 0 | 0 | 0 | 4 (8) | 1 (2) |
| **Infusion reaction** | 0 | 0 | 0 | 0 | 1 (10) | 0 | 2 (17) | 0 | 1 (9) | 0 | 0 | 0 | 0 | 0 | 4 (8) | 0 |
| **Fatigue** | 1 (25) | 0 | 0 | 0 | 0 | 0 | 1 (8) | 0 | 0 | 0 | 1 (25) | 0 | 0 | 0 | 3 (6) | 0 |
| **Headache** | 0 | 0 | 1 (25) | 0 | 0 | 0 | 0 | 0 | 1 (9) | 0 | 0 | 0 | 1 (25) | 0 | 3 (6) | 0 |
| **Lipase increased** | 0 | 0 | 0 | 0 | 2 (20) | 2 (20) | 0 | 0 | 1 (9) | 1 (9) | 0 | 0 | 0 | 0 | 3 (6) | 3 (6) |
| **Pruritis** | 1 (25) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 (9) | 0 | 1 (25) | 0 | 0 | 0 | 3 (6) | 0 |
| **Pruritis generalized** | 0 | 0 | 0 | 0 | 2 (20) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 (25) | 0 | 3 (6) | 0 |

**Data as of 26-Sep-2019**

34ᵗʰ Annual Meeting & Pre-Conference Programs



#SITC2019

# INCIDENCE OF TREATMENT-RELATED ADVERSE EVENTS ≥5%

| AE Preferred Term, n (%) | 8 mg (n=4) | | 24 mg (n=4) | | 80 mg (n=10) | | 240 mg (n=12) | | 400 mg (n=11) | | 800 mg (n=4) | | 1600 mg (n=4) | | Total (N=49) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Any grade | Grade 3-4 | Any grade | Grade 3-4 | Any grade | Grade 3-4 | Any grade | Grade 3-4 | Any grade | Grade 3-4 | Any grade | Grade 3-4 | Any grade | Grade 3-4 | Any grade | Grade 3-4 |
| **Diarrhea** | 0 | 0 | 1 (25) | 0 | 4 (40) | 0 | 1 (8) | 0 | 1 (9) | 0 | 1 (25) | 0 | 0 | 0 | 8 (16) | 0 |
| **Amylase increased** | 0 | 0 | 0 | 0 | 2 (20) | 1 (10) | 1 (8) | 0 | 1 (9) | 0 | 0 | 0 | 0 | 0 | 4 (8) | 1 (2) |
| **Infusion reaction** | 0 | 0 | 0 | 0 | 1 (10) | 0 | 2 (17) | 0 | 1 (9) | 0 | 0 | 0 | 0 | 0 | 4 (8) | 0 |
| **Fatigue** | 1 (25) | 0 | 0 | 0 | 0 | 0 | 1 (8) | 0 | 0 | 0 | 1 (25) | 0 | 0 | 0 | 3 (6) | 0 |
| **Headache** | 0 | 0 | 1 (25) | 0 | 0 | 0 | 0 | 0 | 1 (9) | 0 | 0 | 0 | 1 (25) | 0 | 3 (6) | 0 |
| **Lipase increased** | 0 | 0 | 0 | 0 | 2 (20) | 2 (20) | 0 | 0 | 1 (9) | 1 (9) | 0 | 0 | 0 | 0 | 3 (6) | 3 (6) |
| **Pruritis** | 1 (25) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 (9) | 0 | 1 (25) | 0 | 0 | 0 | 3 (6) | 0 |
| **Pruritis generalized** | 0 | 0 | 0 | 0 | 2 (20) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 (25) | 0 | 3 (6) | 0 |

**Immune-related adverse events such as uveitis (x1), pneumonitis (x2), and vitiligo (x2) also observed**

**Data as of 26-Sep-2019**

 

# VITILIGO IS A MARKER OF IMMUNE ACTIVATION[1]

**NC318 Subject 1: 80 mg dose**
48 y/o NSCLC PD-L1 TPS <1%.
Vitiligo localized to radiation field, observed after 3 doses

**Durable SD (36+ weeks)**
*Images from Next Oncology*



**NC318 Subject 2: 400 mg dose**
62 y/o Hepatocellular Carcinoma
Vitiligo observed after 3 doses

**Durable SD (17+ weeks)**
*Images from Next Oncology*





[1]*Lo JA et al JAMA Oncol. 2015 and Babai et al Drug Safety. 2019*

 

# PHARMACOKINETICS DEMONSTRATES NC318 STEADY STATE TROUGH LEVEL



# TREATMENT DURATION IN WEEKS FOR ALL PHASE 1 SUBJECTS



# TREATMENT DURATION IN WEEKS FOR NSCLC PHASE 1 SUBJECTS



| Clinical Benefit[1] | NSCLC (n = 13)[2] |
| --- | --- |
| CR | 1 |
| PR | 1 |
| SD >16 weeks | 3 |

[1] Response is based on investigator tumor assessments per RECIST v1.1
[2] n = 10 efficacy evaluable population

| Prior therapies | |
| --- | --- |
| Median | 4 |
| Range | 1 – 7 |
| Prior IO | 13 (100%) |

**Dose Level**
- 8 mg
- 24 mg
- 80 mg
- 240 mg
- 400 mg
- 800 mg
- 1600 mg

**Best Response**
- CR Start
- PR Start
- SD Start
- PD
- Treatment ongoing

**Data as of 26-Sep-2019**

34th Annual Meeting & Pre-Conference Programs    sitc    #SITC2019

# COMFIRMED COMPLETE RESPONSE

**56 y/o NSCLC dosed 8 mg every 2 weeks**
*(with multiple lesions)*

**Prior therapies:**
- Chemotherapy: 3 regimens (progression)
- Immunotherapy: nivolumab (best response stable disease then progression)

| Diagnostic biopsy: | |
|---|---|
| S15 | PD-L1 (TPS) |
| N/A | 1-50% |

Duration from PR: 41+ weeks.
Duration of CR: 13+ weeks.









*Images from Next Oncology*

**DURATION ON STUDY 49+ WEEKS**

**Data as of 26-Sep-2019**

 

# CONFIRMED PARTIAL RESPONSE

**74 y/o NSCLC dosed 400 mg every 2 weeks**

**Prior therapies:**
- Immunotherapy: "LAG3/PD-1" (best response stable disease then progression)

| Diagnostic biopsy: | |
|---|---|
| S15 | PD-L1 (TPS) |
| N/A | 1-50% |

BASELINE



Duration of PR: 15+ weeks.

Week 8



Target lesions -41%

Week 16



Target lesions -71%

**DURATION ON STUDY 24+ Weeks**

*Images from John Theurer Cancer Center*

**Data as of 26-Sep-2019**



# CONCLUSIONS

- NC318 has been well tolerated across multiple dose levels

- Adverse event profile consistent with other approved immunotherapies

- Predictable pharmacokinetic profile

- NC318 has shown encouraging single-agent anti-tumor activity
  - PD-1 refractory NSCLC: 1 CR, 1 PR, and stable disease in 3 patients (of 10 evaluable patients)
  - Durable stable disease (>24 weeks observed in multiple tumor types)

- Phase 2 enrollment underway

 

# ACKNOWLEDGEMENTS

The patients and families who participated in this clinical study

NEXT Oncology

Raghad Karim

Kayla Dotson



The Angeles Clinic

Ani Balmanoukian

Peter Boasberg



John Theurer Cancer Center

Michael Postma

Danielle Schillen



NYU Langone

Anna Pavlick

Elaine Shum



Yale University Medical Center

Lieping Chen

Stephanie Vetter

NextCure

Sol Langermann

Linda Liu



