# Exhibit C

Journal for ImmunoTherapy of Cancer 2019, **7**(Suppl 1):283
https://doi.org/10.1186/s40425-019-0764-0

*Journal for ImmunoTherapy of Cancer*



## MEETING ABSTRACTS

**Open Access**

# 34th Annual Meeting & Pre-Conference Programs of the Society for Immunotherapy of Cancer (SITC 2019): part 2

National Harbor, MD, USA. 10 November 2019

Published: 6 November 2019

**About this supplement**
These abstracts have been published as part of *Journal for ImmunoTherapy of Cancer* Volume 7 Supplement 1, 2019. The full contents of the supplement are available online at https://jitc.biomedcentral.com/articles/supplements/volume-7-supplement-1. Please note that this is part 2 of 2.

## Poster Presentations
### Biomarkers, Immune Monitoring, and Novel Technologies

### P501
**Dietary deprivation of non-essential amino acids improves anti-PD-1 immunotherapy in murine colon cancer**

Zehui Li, PhD, Grace Yang, PhD, Shuang Zhou, PhD, Xin Wang, MD, PhD, Xiyan Li, PhD
Filtricine, Inc., Santa Clara, CA, United States
**Correspondence:** Xin Wang (jimmyxinwang@filtricine.com), Xiyan Li (xiyanli@filtricine.com)
*Journal for ImmunoTherapy of Cancer* 2019, **7**(Suppl 1):P501

**Background**
Cancer cells require outside supply of some non-essential amino acids (NEAAs) to survive. Dietary deprivation of select (NEAAs) can slow down the growth of multiple solid tumors in mice, creating a new non-drug strategy in cancer treatment. However, deprivation of NEAAs could negatively impact the immune activation, an essential process for immunotherapy, because fast cell proliferation poses a higher demand for building blocks such as NEAAs. It is not clear whether dietary NEAA deprivation could be combined with immunotherapy for better safety-efficacy profiles.

**Methods**
In this study, we tested the effects of NEAA-deprived diets and checkpoint inhibitor anti-PD-1 and anti-PD-L1 in colon cancer using syngeneic mouse model (Balb/c) bearing tumors of mouse colorectal cancer cell line CT-26. Three diets were tested, including a natural rodent diet Teklad ENVIGO Global 16% Protein Rodent Diet (control 1), a formulated NEAA-complete diet COMPLETE (control 2, using amino acid mix in place of protein), and a formulated NEAA-deprived diet FTN203 (treatment, using amino acid mix in place of protein). Both COMPLETE and FTN203 have the same nutritional structures, contain 17% w/w protein equivalent, and are isocaloric. After tumor size-based randomization, these diets were provided to mice ad libitum throughout the whole test. Each of these diets was used alone or combined with anti-PD-1 antibody (i.p., twice per week for 2 weeks) or anti-PD-L1 antibody (i.v., twice per week for 2 weeks).

**Results**
We found 1) On day 24 post tumor implantation, NEAA-deprived diet FTN203 significantly reduced tumor growth when used alone, compared to the group fed with Teklad ENVIGO (by 81%, P=0.0054, unpaired t-test after Welch correction) and COMPLETE (by 81%, P=0.013), respectively; 2) The efficacy of FTN203 is comparable with that of anti-PD-1 or anti-PD-L1 in tumor growth and

median survival; 3) FTN203 did not negate the efficacy of anti-PD-1 or anti-PD-L1 immunotherapy antibody when combined; 4) FTN203 significantly improved the efficacy of anti-PD-1 by further reducing the tumor growth (by 80% on day 26, P=0.046) and increasing the median survival (by 5 days or 14%, Log-rank test P=0.031), against the combo of COMPLETE and anti-PD-1; 5) None of the mono or combo treatments caused body weight loss.

**Conclusions**
Our data supports the use of dietary NEAA deprivation to improve the efficacy of anti-PD-1 or anti-PD-L1 immunotherapy for colorectal cancer without noticeable side effects. With further development, dietary NEAA deprivation may become the promising foundation for a broad spectrum of cancer therapies.

**Ethics Approval**
The study CA-XLI-6 was approved by the CRO's Ethics Board under IACUC approval number 19-015.9.

### P502
**In vitro and in vivo RRx-001 synergy with regorafenib and in vivo attenuation of regorafenib-induced toxicity**

Bryan Oronsky, MD PhD[1], Tony Reid, MD PhD[2], Corey Carter, MD[2], [2], Pedro Cabrales, PhD[3]
[1]EpicentRx Inc, La Jolla, CA, United States; [2]EpicentRx, Inc., La Jolla, CA, United States ; [3]University of California San Diego (UCSD), La Jolla, CA, United States
**Correspondence:** Christopher Larson (clarson@epicentrx.com)
*Journal for ImmunoTherapy of Cancer* 2019, **7**(Suppl 1):P502

**Background**
In the Phase 3 CORRECT study, which led to the approval of the multi-kinase inhibitor, Regorafenib, in 3rd/4th line metastatic colorectal cancer, the OS was 6.4 months and the PFS was 1.9 months compared to an OS of 5.0 months and a PFS of 1.7 months for placebo. However, Regorafenib is very poorly tolerated with a Grade 3/4 drug related adverse event rate of 54%, mostly due to hand-foot skin reactions, fatigue and diarrhea, resulting in frequent dose reductions and discontinuations and a general reluctance among GI oncologists to administer it. RRx-001 is a minimally toxic macrophage repolarizing agent in Phase 3 clinical trials that is associated with a reduced side effect profile from these chemotherapy agents. Recent studies have demonstrated the inhibitory impact of M2 macrophages on the activity of tyrosine kinases suggesting that the repolarization of macrophages by RRx-001 may enhance the activity of TKIs.



© The Author(s). 2019 **Open Access** This article is distributed under the terms of the Creative Commons Attribution 4.0 International License (http://creativecommons.org/licenses/by/4.0/), which permits unrestricted use, distribution, and reproduction in any medium, provided you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons license, and indicate if changes were made. The Creative Commons Public Domain Dedication waiver (http://creativecommons.org/publicdomain/zero/1.0/) applies to the data made available in this article, unless otherwise stated.

J Immunother Cancer: first published as 10.1186/s40425-019-0764-0 on 1 November 2019. Downloaded from http://jitc.bmj.com/ on March 11, 2021 by guest. Protected by copyright.

Journal for ImmunoTherapy of Cancer 2019, **7**(Suppl 1):283

J Immunother Cancer: first published as 10.1186/s40425-019-0764-0 on 1 November 2019. Downloaded from http://jitc.bmj.com/ on March 11, 2021 by guest. Protected by copyright.

treated every two weeks with injections of up to 50% new fluid volume at each visit (potential for 200% additional fluid volume administered prior to the first tumor imaging assessment). Blood samples were analyzed by flow cytometry, and on study tumor samples analyzed by multiplex immunohistochemistry. Conventional CT/MRI tumor assessments were performed every 2 months.

### Results
Thirty-eight heavily pretreated subjects (median 3 prior therapies (range 0-9)) have been dosed. Median age was 59 (42-76). Fourteen different cancer types were accrued. PK analysis revealed limited exposure of CIS and VIN in blood and supports that the majority of INT230-6's active agents are retained in the tumor (consistent with low incidence of systemic AE's despite IT doses of INT230-6 containing twice the amount of VIN for a standard 3.5 mg/m2 IV dose). There were no DLTs. The majority of drug-related AEs were grade 1/2. The most frequent treatment-related adverse event was injection-site pain (44%). Circulating CD8+ T-cells increased above baseline in most patients, with 40% of evaluable patients having a marked >30% increase. Paired biopsies were available in 5 patients and revealed >70% reduction in viable tumor cells in 3 out of 5 cases. Injected lesions demonstrated infiltration of CD4 and CD8 T-cells and reduction in FoxP3 Tregs. Several injected lesions showed asymptomatic tumor increases on the early scans (often with decreased contrast uptake), which decreased below baseline on subsequent scans while others showed tumor reduction already at the 2 month time point. The protocol suggested to continue treatment despite radiographic progression until clinical deterioration. Ten non injected tumors in 7 patients showed tumor shrinkage.

### Conclusions
INT230-6 is well tolerated when administered intratumorally at doses given to date. Pharmacodynamic assessments support a notable reduction in viable cancer cells and increases in CD4/CD8 T-cell infiltrates. RECIST assessments may be compromised due to large drug-volume injections and immune cell infiltration. However, imaging suggests variable necrosis and tumor reductions in both injected and non-injected lesions.

### Trial Registration
NCT 03058289

### Ethics Approval
The study was approved by USC Institutution's Ethics Board, approval number HS-16-00843 as well as the other centers in the study.

---

### O32

**Single agent anti-tumor activity in PD-1 refractory NSCLC: phase 1 data from the first-in-human trial of NC318, a Siglec-15-targeted antibody**

Anthony Tolcher[1], Omid Hamid, MD[2], Jeffrey Weber, MD, PhD[3], Patricia LoRusso, DO[4], Kathryn Shantz[5], Kevin Heller, MD[5] , Kevin Heller, MD[5], Martin Gutierrez, MD[6]

[1]Next Oncology, San Antonio, TX, United States ; [2]The Angeles Clinic, Los Angeles, CA, United States ; [3]NYU Langone, New York, NY, United States ; [4]Yale University, New Haven, CT, United States ; [5]NextCure, Beltsville, MD, United States ; [6]Hackensack University, Hackensack, NJ, United States
**Correspondence:** Kevin Heller (hellerk@nextcure.com)
Journal for ImmunoTherapy of Cancer 2019, **7**(Suppl 1):O32

### Background
Siglec-15 (S15) is a member of the Siglec family (Sialic acid-binding Immunoglobulin Lectins), a distinct subgroup of immunoglobulin (Ig) superfamily proteins involved in discriminating self and non-self-immune regulation [1]. Recent studies have shown that S15 mediates suppression of T cell proliferation and negatively regulates T cell function. The expression of S15 and PD-L1 are mutually exclusive in NSCLC and other cancers, which supports S15 as a potential target for the treatment of cancer patients who are refractory to PD-1 directed therapies. NC318 is a first-in-class monoclonal antibody that blocks S15-mediated immune suppression and prevents tumor growth by normalizing T cell function and restoring anti-tumor immunity in the tumor microenvironment [2].

### Methods
NC318-01 is a multi-center, first-in-human, phase 1/2, open-label, non-randomized study to determine the safety and tolerability, define the maximum tolerated dose or pharmacologically active dose, and assess the preliminary efficacy of NC318. The phase 1 component uses a 3+3 dose escalation design to determine the recommended phase 2 dose (RP2D) of NC318. Primary endpoints include safety and tolerability. Secondary endpoints include assessment of pharmacokinetics, response rate (measured every 8 weeks), progression-free survival, and overall survival. Exploratory analyses include investigation of biomarkers associated with treatment benefit.

### Results
As of August 2019, 43 patients have been dosed across 6 dose cohorts (8mg - 800mg Q2W). The most common tumor types enrolled included: 10 NSCLC, 7 ovarian, 6 melanoma, 3 breast, and 3 CRC. NC318 has been well tolerated with no DLTs. The most common treatment-related AEs included diarrhea (4- grade 1 and 2-grade 2), pruritis (3- grade 1 and 1- grade 2), rashes (grade 1 and 2), arthralgias (2- grade 1), elevated amylase (grade 1, 2, and 3), and elevated lipase (grade 3 and 4). Tumor responses were evaluable in 32 patients; 11 patients have not reached their first assessment, and their efficacy data will be reported at the conference. Single agent activity has been seen in NSCLC including 1 CR (ongoing at 41 weeks), a PR (ongoing at 14 weeks), 1 stable disease with tumor reduction (ongoing for 26 weeks), and 2 with stable disease. NSCLC BORR: 2/7 or 29%, DCR: 5/7 or 71%.

### Conclusions
NC318 has been well tolerated across multiple dose levels and has shown encouraging anti-tumor activity when administered as monotherapy. Single agent anti-tumor activity was observed in 5 of 7 NSCLC subjects refractory to PD-1 therapies.

### Acknowledgements
We would like to thank the patients and their families for participating in this clinical trial.

### Trial Registration
Clinical trial information: NCT03665285

### References
1. Macauley MS, Crocker PR, Paulson JC. Siglec-mediated regulation of immune cell function in disease. Nat Rev Immunol. 2014;14(10):653-666.
2. Wang J, Sun J, Liu, L, Flies D, Nie X, Toki M, et al. Siglec-15 as an immune suppressor and potential target for normalization cancer immunotherapy. Nat. Med. 2019; 25, 656–666.

### Ethics Approval
Next Oncology's Ethics Board, IntegReview, approved 18Sep18
Hackensack University Medical Center's Ethics Board, WIRB, approved 4Oct2018
Angeles Clinic's Ethics Board, WIRB, approved 11Nov18
NYU School of Medicine's Ethics Board, approved 8Oct18
Yale University's Ethics Board, WIRB, approved 25Apr19

---

### O33

**Immune enrichment and functional T-cell receptor (TCR) frequencies predict response to immune checkpoint blockade (ICB) in selected fusion-associated sarcomas**

Akash Mitra, BS[1], Neeta Somaiah, MD, MBBS[1], Anthony Conley, MD[1], Behrang Amini[1], Heather Lin[1], Beatriz Sanchez Espiridion[1], Celia Garcia-Prieto[1], Grace Mathew[1], Latasha Little, BS[1], Xingshi Song[1], Curtis Gumbs, BS[1], Cara Haymaker, PhD[1], Jianhua Zhang[1], Zachary Cooper, PhD[2], Michael Oberst, PhD[2], Chantale Bernatchez[1], Vinod Ravi[1], Dejka Araujo, MD[1], Maria Zarzour[1], John Livingston[1], Christina Roland, MD, MS, FACS[1], Najat Daw, MD[1], Jaime Rodriguez-Canales, MD[3], Alexander Lazar, MD, PhD[1], Wei-Lien Wang[1], Ignacio Wistuba, MD[1], Jean-Charles Soria, MD, PhD[3], Robert Benjamin[1], Shreyaskumar Patel[1], Patrick Hwu, MD[1], Phillip Andrew Futreal, PhD[1]

[1]MD Anderson Cancer Center, Houston, TX, United States ; [2]Oncology R&D , AstraZeneca, Gaithersburg, MD, United States ; [3]Oncology R&D, AstraZeneca, Gaithersburg, MD, United States
**Correspondence:** Phillip Andrew Futreal (afutreal@mdanderson.org)
Journal for ImmunoTherapy of Cancer 2019, **7**(Suppl 1):O33