# Exhibit D

Q  SIGN IN

# SITC 2019 Abstracts

**Submit an Abstract**

**Submissions for** regular abstracts, Young Investigator Award abstracts and late-breaking abstract applications will open on April 9, 2019. Continue scrolling to learn more about specific abstract categories and timelines:

- Important Abstract Dates
- Regular Abstracts
- Late-Breaking Abstracts
- Young Investigator Award Abstracts

**Important Dates for Regular and Late-Breaking Abstracts**

| Date | Details |
| --- | --- |
| April 9, 2019 | Regular Abstract, Young Investigator Award Abstracts, LBA Application Submission Site Opens |
| Aug. 1, 2019 | Regular Abstract, Young Investigator Award Abstracts, and Late-Breaking Abstract Application Submission Site Closes at 5 p.m. PDT |
| Aug. 9, 2019 | Late-Breaking Abstract Application Notifications Sent |
| Aug. 23, 2019 | Late-Breaking Abstract Submission Site Opens |

| | |
|---|---|
| Aug. 30, 2019 | Regular Abstract and Young Investigator Award Abstract Notifications Sent |
| Sept. 6, 2019 | Regular Abstract Presentation Acceptance Confirmations<br>Deadline for Regular Abstract Withdrawals and Changes |
| Sept. 12, 2019 | Late-Breaking Abstract Submission Site Closes at 5 p.m. PDT |
| Sept. 23, 2019 | Late-Breaking Abstract Notifications Sent |
| Sept. 30, 2019 | Late-Breaking Abstract Presentation Acceptance Confirmation Due<br>Deadline for Late-Breaking Abstract Withdrawals and Changes |
| Oct. 1, 2019 | Regular Abstract Titles and Author Information Released |
| Nov. 1, 2019 | Late-Breaking Abstract Titles and Author Information Released |
| Nov. 5, 2019 | Embargo Lifted and Full Regular and Late-Breaking Abstracts Made Public at 8 a.m. EST<br>Regular Abstract Supplement Published in JITC |
| Nov. 6-10, 2019 | 34th Annual Meeting and Pre-Conference Programs |
| Dec. 5, 2049 | Late Breaking Abstracts Published in JITC |

## Abstract Information

### Regular Abstract

Submit your latest research in the cancer immunotherapy field to the 34th Annual Meeting for consideration as an oral abstract presentation, rapid    oral abstract presentation, and/or poster abstract presentation from April 9 until 5 p.m. PDT on Aug. 1, 2019.

## Late-Breaking Abstract

Late-breaking abstract submission is solely for abstracts with late-breaking data and for abstracts submitted "late". The late-breaking abstract deadline is not intended to be an extension of the general submission deadline.

All LBA submitters must submit an application by 5 p.m. PDT on Aug. 1, 2019 to be eligible for the LBA submission period. Applications will be reviewed and all submitters will be notified if they qualify to submit a late-breaking abstract during the submission period from Aug. 23, 2019 to 5 p.m. PDT on Sept. 12, 2019. If an application does not qualify for late-breaking abstract submission, the submitter will be notified by Aug. 9 and will have the opportunity to submit a regular abstract by 5 p.m. PDT on Aug. 14, 2019.

Late-breaking abstracts are considered for, but not limited to, oral abstract presentations during the Late-Breaking Abstract Sessions from 12:00 – 12:30 p.m. on Friday, Nov. 8 and 11:50 a.m. – 12:20 p.m. on Saturday, Nov. 9.

## Young Investigator Award Abstract

Regular abstracts with primary and presenting authors that are students, postdoctoral research fellows, clinical fellows, or junior faculty with three or fewer years on staff and are current SITC members, may be eligible to receive a Young Investigator Award. Young Investigator Award abstracts require a letter of recommendation as well as additional information regarding the percentage of contribution by the primary and presenting author.

Those selected for the Presidential Travel Award will be invited to give an oral abstract presentation during the Presidential Session from 2:05 – 3:30 p.m. on Saturday, Nov. 9, 2019.

For more information about the Young Investigator Awards as well as the criteria and eligibility, **please click here.**

## Reasons to Submit an Abstract to SITC 2019

- Free submission for members and nonmembers. (**View Important Submission Date**
- Young Investigator Awards are offered in conjunction with regular abstract submission.
- All accepted abstracts will be published as a supplement in the ***Journal for ImmunoTherapy of Cancer (JITC)***, the society's global, open access, peer-reviewed journal.
- There are more than # oral presentation opportunities available.
- The opportunity to present and discuss your research with luminaries in the immunotherapy field.





Presented by



**Find It Fast**
**SITC 2019 Homepage**
**Continuing Education**
**Enduring Materials**
**Abstract Publications**



© 2019 Society for Immunotherapy of Cancer (SITC). All rights reserved. SITC Meeting Code of Conduct.

555 East Wells Street, Suite 1100 | Milwaukee, WI | 53202-3823 | USA

Tel: +1 414 271 2456 | Fax: +1 414 276 3349 | Email: info@sitcancer.org