# Exhibit H

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): **January 10, 2020**

# NextCure, Inc.
(Exact name of registrant as specified in charter)

| **Delaware** | **001-38905** | **47-5231247** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| **9000 Virginia Manor Road, Suite 200** **Beltsville, Maryland** | **20705** |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

**(240) 399-4900**
Registrant's telephone number, including area code

(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐    Written communication pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communication pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communication pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.001 par value per share | NXTC | Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 1.02**          **Termination of a Material Definitive Agreement.**

On January 10, 2020, Eli Lilly and Company ("**Lilly**") notified NextCure, Inc. (the "**Company**") of Lilly's termination, effective as of March 3, 2020, of the Research and Development Collaboration Agreement, dated as of November 2, 2018, between the Company and Lilly (the "**Agreement**").

The description of the terms of the Agreement included on pages 109 and 110 of the Company's final prospectus dated November 14, 2019 is incorporated herein by reference.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**NEXTCURE, INC.**

Date: January 13, 2020

/s/ Steven P. Cobourn
Steven P. Cobourn
Chief Financial Officer