# Exhibit I



NXTC US  $    ↓9.50    −0.24    Q9.50/9.51Q    16×5
At 17:20 d  Vol 175,188  O 9.80Q  H 9.8016D  L 9.22K  Val 1.657M

| NXTC US Equity | | Export | | Settings | | Historical Price with % Chg | |
|---|---|---|---|---|---|---|---|

NextCure Inc — High  47.92 on  02/13/20
Range 02/12/2020 – 02/13/2020  Period Daily  Low  45.15 on  02/12/20
Market Last Price / Volume  Currency USD  Average  46.535  158,424
View Price with % Chg  Net Chg  2.77  6.14%

| Date | Last Price | Net Change | % Change | Volume | Net Change | % Change |
|---|---|---|---|---|---|---|
| Th 02/13/20 | 47.92 | +2.77 | +6.14% | 168,625 | +20,403 | +13.77% |
| We 02/12/20 | 45.15 | −1.31 | −2.82% | 148,222 | −50,972 | −25.59% |