# Exhibit J

**EFiled: Jun 24 2020 03:23PM EDT**
**Transaction ID 65722155**
**Case No. 2020-0084-AGB**

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

|  |  |  |
|---|---|---|
| IMMUNACCEL LABS, LLC f/k/a ENVISAGE, LLC d/b/a SCREEN THERAPEUTICS, a Delaware limited liability company, and IMMUNACCEL, LLC d/b/a IMMUNE 3D, a Delaware limited liability company, | ) ) ) ) ) ) ) ) ) | C.A. No. 2020-0084 AGB |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| MICHAEL S. RICHMAN, an individual, | ) ) ) |  |
| Defendant. | ) ) |  |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Immunaccel Labs, LLC f/k/a Envisage, LLC d/b/a Screen Therapeutics, a Delaware limited liability company, and Immunaccel, LLC d/b/a Immune 3D, a Delaware limited liability company, hereby voluntarily dismiss the above-captioned action, without prejudice, pursuant to Court of Chancery Rule 41(a)(1)(i), and with each party to bear its own costs.

ME1 33471230v.1

2

Dated:  June 24, 2020

**McCARTER & ENGLISH, LLP**

*/s/ Stephanie H. Dallaire*
Andrew S. Dupre (No. 4621)
Stephanie H. Dallaire (No. 5184)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801
Tel.: (302) 984-6300

*Attorneys for Plaintiffs*

2

ME1 33471230v.1

# <u>CERTIFICATE OF SERVICE</u>

I, Stephanie H. Dallaire, certify that on June 24, 2020, I caused a true and correct copy of the foregoing **Plaintiffs' Notice of Voluntary Dismissal Without Prejudice** to be served via File & Serve*Xpress* on the following counsel of record:

Michael A. Pittenger, Esq.
**Potter Anderson & Corroon, LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

/s/ Stephanie H. Dallaire
Stephanie H. Dallaire (No. 5184)

ME1 33471230v.1