# Exhibit O



# Biotechnology
Target Hunting in the Post-PD-1/L1 Era; Initiating Coverage of NextCure & Trillium

| Ticker | Rating | | Target Price | | FY 2020 E EPS | | FY 2021 E EPS | |
|---|---|---|---|---|---|---|---|---|
| | To | From | To | From | To | From | To | From |
| NXTC | MO | -- | $55.00 | -- | ($1.39) | -- | ($2.88) | -- |
| TRIL | MO | -- | $10.00 | -- | ($1.71) | -- | ($1.22) | -- |

See last page for quarterly estimates.

**Reni J. Benjamin, PhD**
rbenjamin@jmpsecurities.com
(212) 906-3529

## INDUSTRY OVERVIEW

NXTC & TRIL initiation reports

- **Catching the next wave of novel targets in immuno-oncology.** Checkpoint inhibitors have ushered in the promise of immunotherapy in oncology, as the combined sales of Keytruda and Opdivo exceeded $19B in 2019. However, several inherent limitations, such as varying antigen expression, resistance to therapy, and insufficient immune response, ultimately result in significant unmet needs in multiple types of cancer. In addition to the PD-1/L1 inhibitors, harnessing other cell types, which are also an integral part of an immune system, should prove beneficial in the long run. Indeed, multiple new targets have been identified with promising clinical data. Two companies we recommend to investors are NextCure (NXTC) and Trillium (TRIL) for their unique and leading positions in the immuno-oncology space.

- **Going after solid tumors by targeting Siglec-15.** We initiate coverage of NextCure Inc. with a Market Outperform rating and $55 price target, based on a discounted EPS and revenue multiple analysis. Preliminary data, including a durable complete response (CR, patient on treatment for over 55 weeks) and partial response (PR, patient on treatment for over 28 weeks) along with 14 stable diseases (SD) in multiple solid tumors, in particular NSCLC (where the CR and PR were achieved), were demonstrated in a Phase 1 'all-comer' monotherapy study. In addition, the promising signal was accompanied by a well-tolerated safety profile without DLT (dose-limiting toxicity) until the dose-escalation study reached a level as high as four times (1,600 mg) the RP2D (400 mg). Therefore, based on these initial results, we believe the Siglec-15 targeting monoclonal antibody, NC-318, has the potential to address multiple big indications, including NSCLC, endometrial cell cancer, ovarian cancer, squamous cell carcinoma, Merkel cell cancer, and head and neck cancer. Considering NSCLC alone, we estimate NC-318 could generate up to $2.1B in peak risk-adjusted revenues by the end of 2029.

- **Activating macrophages with SIRP$\alpha$ decoys.** We initiate coverage of Trillium Therapeutics with a Market Outperform rating and $10 price target, based on a discounted EPS and revenue multiple analysis. We believe the combination of a differentiated side-effect profile and early, yet compelling, monotherapy clinical data sets the stage to drive future value in targeting the macrophage-specific immune checkpoint CD47. In our view, TTI-621's 18-29% ORR (objective response rate) achieved in a Phase 1 study has the potential to beat a major competitor's product, magrolimab (developed by Forty Seven, FTSV, which was acquired by Gilead for $4.9B), as well as other CD47 monoclonal antibodies in development. In addition, the company is also developing an IgG4-based decoy receptor, TTI-622, which has shown some promising initial clinical activity by achieving a CR in a dose-escalating study. Based on our model, we estimate Trillium could generate up to $1.2B in peak risk-adjusted revenue by the end of 2029.

**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**
This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification.