

575 Madison Avenue
New York, NY 10022-2585
+1.212.940.8800 tel
katten.com

THOMAS M. ARTAKI
thomas.artaki@katten.com
+1.212.940.6606 direct
+1.212.940.8776 fax

May 4, 2021

Via ECF

Honorable Laura Taylor Swain
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Zhou v. NextCure, Inc., Case No. 1:20-cv-07772 (LTS) (RWL) (S.D.N.Y)

Dear Judge Swain:

We represent Defendant NextCure, Inc., Officer Defendants Michael Richman, Steven P. Cobourn, and Kevin N. Heller, and Director Defendants David Kabakoff, Elaine V. Jones, Chau Q. Khuong, Judith J. Li, Briggs Morrison, Tim Shannon, Stephen Webster, and Stella Xu (collectively "Defendants") in the above-captioned action.  In accordance with the Court's April 29, 2021 order (Dkt. 43) we write to request that Defendants' motion to dismiss (originally filed April 27, 2021 as Dkt. 39) (the "Motion") be reinstated, and to inform the Court that the parties have agreed to extend Plaintiff's deadline for filing their opposition papers to June 23, 2021.

We apologize for failing to comply with Section 2(b) of the Court's Individual Practices when initially filing the Motion.  We erroneously believed that the stipulated court-ordered briefing schedule for the Motion (Dkt. 31; see Dkt. 33) superseded the Court's requirement that parties meet and confer prior to filing a motion.

As set forth in the amended notice of motion, attached hereto, the parties have now used their best efforts to resolve informally the matter in controversy, including exchanging letters and participating in a telephonic meet and confer, but have been unable to do so. Defendants therefore respectfully request that the Court reinstate the Motion.

Finally, Defendants wish to inform the Court that, in light of the matters addressed herein, the parties have agreed to extend Plaintiff's deadline for filing their opposition from June 16 to June 23, 2021.  The deadline for Defendants to file their reply remains July 19, 2021.

Respectfully,

*Thomas Artaki*

Thomas Artaki

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   LOS ANGELES
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP