UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YE ZHOU, Individually and On Behalf of All
Others Similarly Situated,

       Plaintiff,

   v.

NEXTCURE, INC., MICHAEL RICHMAN,
STEVEN P. COBOURN, KEVIN N.
HELLER, M.D., DAVID KABAKOFF,
PH.D., ELAINE V. JONES, PH.D., CHAU Q.
KHUONG, JUDITH J. LI, BRIGGS
MORRISON, M.D., TIM SHANNON, M.D.,
STEPHEN WEBSTER, STELLA XU,
MORGAN STANLEY & CO. LLC, BOFA
SECURITIES, INC. F/K/A MERRILL LYNCH,
PIERCE, FENNER & SMITH INCORPORATED,
PIPER JAFFRAY & CO., NEEDHAM &
COMPANY, LLC, and BTIG, LLC,

       Defendants.

Case No.: 1:20-cv-07772-LTS-RWL

---

## THE UNDERWRITER DEFENDANTS' AMENDED NOTICE OF JOINDER IN THE NEXTCURE DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Defendants Morgan Stanley & Co. LLC, BofA Securities, Inc. f/k/a Merrill Lynch,

Pierce, Fenner & Smith Incorporated, Piper Jaffray & Co., Needham & Company, LLC, and

BTIG, LLC (collectively, the "Underwriter Defendants") respectfully submit this Amended

Notice of Joinder in the Motion to Dismiss the First Amended Class Action Complaint

("Amended Complaint") of Lead Plaintiff Ye Zhou ("Plaintiff") submitted (as amended and for

reinstatement) on May 4, 2021 by Defendants NextCure, Inc. Michael Richman, Steven P.

Cobourn, Kevin N. Heller, David Kabakoff, Elaine V. Jones, Chau Q. Khuong, Judith J. Li,

Briggs Morrison, Tim Shannon, Stephen Webster, and Stella Xu (collectively, the "NextCure

Defendants" and, together with the Underwriter Defendants, "Defendants") and respectfully request that the Amended Complaint be dismissed as to the Underwriter Defendants.  The Underwriter Defendants expressly join in, adopt, and incorporate by reference herein all arguments and authorities included in the Memorandum of Law in Support of the NextCure Defendants' Motion to Dismiss the Amended Complaint to the extent they set forth grounds for dismissal of Count III of the Amended Complaint, which alleges violations of Section 11 of the Securities Act of 1933 (the "Securities Act") and is the sole cause of action asserted against the Underwriter Defendants.  Plaintiff does not assert claims against the Underwriter Defendants under Section 15 of the Securities Act (Count IV) or under any provision of the Securities Exchange Act of 1934 or any rule promulgated thereunder (Counts I and II).  Accordingly, any allegations in the Amended Complaint of misleading statements or omissions in any document other than the IPO Offering Documents or SPO Offering Documents (as such terms are defined in the Amended Complaint) have no relevance to Plaintiff's one and only claim against the Underwriter Defendants in this matter.

Pursuant to Rule 2(b) of the Court's Individual Practices, the Underwriter Defendants hereby certify that Defendants have used their best efforts to resolve informally the matters raised in the NextCure Defendants' motion prior to filing.  The parties have been unable to resolve the matters in controversy through an exchange of letters and a telephonic meet-and-confer among all parties' counsel.  The Underwriter Defendants further certify that the Amended Complaint has not been further amended in response to the arguments raised in the NextCure Defendants' motion.

Dated:  New York, New York
        May 4, 2021

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By:  _____/s/ *Brian S. Weinstein*_____

Brian S. Weinstein
Craig J. Bergman
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
brian.weinstein@davispolk.com
craig.bergman@davispolk.com

*Attorneys for the Underwriter Defendants*

3