UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YE ZHOU, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>NEXTCURE, INC., MICHAEL RICHMAN, STEVEN P. COBOURN, KEVIN N. HELLER, M.D., DAVID KABAKOFF, PH.D., ELAINE V. JONES, PH.D., CHAU Q. KHUONG, JUDITH J. LI, BRIGGS MORRISON, M.D., TIM SHANNON, M.D., STEPHEN WEBSTER, STELLA XU, MORGAN STANLEY & CO. LLC, BOFA SECURITIES, INC. F/K/A MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, PIPER JAFFRAY & CO., NEEDHAM & COMPANY, LLC, and BTIG, LLC,<br><br>        Defendants. | Case No.: 1:20-cv-07772-LTS-RWL |

**THE UNDERWRITER DEFENDANTS' NOTICE OF JOINDER
IN THE NEXTCURE DEFENDANTS' REPLY MEMORANDUM OF LAW
IN FURTHER SUPPORT OF THE MOTION TO
DISMISS THE FIRST AMENDED COMPLAINT**

Defendants Morgan Stanley & Co. LLC, BofA Securities, Inc. f/k/a Merrill Lynch,

Pierce, Fenner & Smith Incorporated, Piper Jaffray & Co., Needham & Company, LLC, and

BTIG, LLC (collectively, the "Underwriter Defendants") respectfully submit this Notice of

Joinder in the Reply Memorandum of Law in Further Support of the Motion to Dismiss the First

Amended Class Action Complaint ("Amended Complaint") of Lead Plaintiff Ye Zhou

("Plaintiff") submitted on July 19, 2021 by Defendants NextCure, Inc., Michael Richman,

Steven P. Cobourn, Kevin N. Heller, David Kabakoff, Elaine V. Jones, Chau Q. Khuong, Judith

J. Li, Briggs Morrison, Tim Shannon, Stephen Webster, and Stella Xu (collectively, the

"NextCure Defendants") and respectfully request that the Amended Complaint be dismissed as to the Underwriter Defendants.  The Underwriter Defendants expressly join in, adopt, and incorporate by reference herein all arguments and authorities included in the Reply Memorandum of Law in Further Support of the NextCure Defendants' Motion to Dismiss the Amended Complaint to the extent they set forth grounds for dismissal of Count III of the Amended Complaint, which alleges violations of Section 11 of the Securities Act of 1933 (the "Securities Act") and is the sole cause of action asserted against the Underwriter Defendants. Plaintiff does not assert claims against the Underwriter Defendants under Section 15 of the Securities Act (Count IV) or under any provision of the Securities Exchange Act of 1934 or any rule promulgated thereunder (Counts I and II).  Accordingly, any allegations in the Amended Complaint of misleading statements or omissions in any document other than the IPO Offering Documents or SPO Offering Documents (as such terms are defined in the Amended Complaint) have no relevance to Plaintiff's one and only claim against the Underwriter Defendants in this matter.

Dated:   New York, New York
         July 19, 2021

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By:      /s/ *Brian S. Weinstein*

Brian S. Weinstein
Craig J. Bergman
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
brian.weinstein@davispolk.com
craig.bergman@davispolk.com

*Attorneys for the Underwriter Defendants*

2