## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
YE ZHOU, Individually and on Behalf of All
Others Similarly Situated

                         Plaintiff,

-against-                            20 **CIVIL** 7772 (LTS) (RWL)

## **JUDGMENT**

NEXTCURE, INC., MICHAEL RICHMAN,
STEVEN P. COBOURN, KEVIN N. HELLER,
M.D., DAVID KABAKOFF, PH.D., ELAINE
V. JONES, PH.D., CHAU Q. KHUONG,
JUDITH J. LI, BRIGGS MORRISON, M.D.,
TIM SHANNON, M.D., STEPHEN WEBSTER,
STELLA XU, MORGAN STANLEY & CO.
LLC, BOFA SECURITIES, INC., PIPER
JAFFRAY & CO., NEEDHAM & COMPANY,
LLC, AND BTIG, LLC,

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated July 12, 2023, Defendants' motion to dismiss Amended Complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      July 13, 2023

                                                **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                      **BY:**

                                                    **Deputy Clerk**